UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DUPLICATE COPY

Clerk, USDC Southern District of CA
880 Front Street
San Diego, CA 92101

RE:   ERIC WILTON BURTON vs. DIRECTOR OF THE CALIFORNIA
      DEPARTMENT OF CORRECTIONS AND REHABILITATION
USDC No.:   1:08-CV-00190-OWW-WMW

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 13, 2008, transmitted herewith are the following documents.

Electronic Documents: 1 to 4

2/11/2008 — Voluminous documents not to be filed — forwarded w/ petition to Southern District

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

February 13, 2008          /s/ C. Esteves
                           _____
                           Deputy Clerk

RECEIVED BY: _____
                    Please Print Name

DATE RECEIVED: 2-19-2008

NEW CASE
NUMBER:       '08 CV 0325 LAB POR

<a>
<b>
</b>
</a>

I hereby attest and certify on 2-13-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy



COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILTON BURTON, | 1:08-cv-0190 OWW WMW (HC) |
| Petitioner, | |
| vs. | <u>ORDER OF TRANSFER</u> |
| DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, the petitioner is challenging a conviction from San Diego County, which is in the Southern District of California. Therefore, the petition should have been filed in the United States

1  District Court for the Southern District of California. In the interest of justice, a federal court may
2  transfer a case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); <u>Starnes v.</u>
3  <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
4      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
5  District Court for the Southern District of California.

7  IT IS SO ORDERED.
8  Dated:   **February 11, 2008**          /s/ **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE

COPY

CLOSED, HABEAS, IFP_PENDING

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00190-OWW-WMW
### Internal Use Only

(HC) Burton v. Director of the CA Dept. of Corrections & Rehabilitation
Assigned to: Judge Oliver W. Wanger
Referred to: Magistrate Judge William M. Wunderlich
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/06/2008
Date Terminated: 02/13/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Eric Wilton Burton**

represented by **Eric Wilton Burton**
F-02720
California State Prison Corcoran

P.O. Box 5246
Corcoran, CA 93212
PRO SE

I hereby attest and certify on 2-13-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy
V.

**Respondent**

**Director of the California Department of Corrections and Rehabilitation**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2008 | 1 | (2254) PETITION for WRIT of HABEAS CORPUS, by Eric Wilton Burton.(Hellings, J) (Entered: 02/11/2008) |
| 02/06/2008 | 2 | MOTION/Application to PROCEED IN FORMA PAUPERIS by Eric Wilton Burton. (Hellings, J) (Entered: 02/11/2008) |
| 02/06/2008 | 3 | MOTION for APPOINTMENT of COUNSEL by Eric Wilton Burton. (Hellings, J) (Entered: 02/11/2008) |

| 02/06/2008 | 1 | (2254) PETITION for WRIT of HABEAS CORPUS, by Eric Wilton Burton.(Hellings, J) (Entered: 02/11/2008) |
|---|---|---|
| 02/06/2008 | 2 | MOTION/Application to PROCEED IN FORMA PAUPERIS by Eric Wilton Burton. (Hellings, J) (Entered: 02/11/2008) |
| 02/06/2008 | 3 | MOTION for APPOINTMENT of COUNSEL by Eric Wilton Burton. (Hellings, J) (Entered: 02/11/2008) |
| 02/11/2008 |  | (Court only) ***STAFF NOTE: Case screened. Order to Transfer to Southern District of CA submitted to WMW/lvm. {Per C. Dornay, voluminous documents **NOT** to be filed, but forwarded w/Petition to Southern District} (Hellings, J) (Entered: 02/11/2008) |
| 02/13/2008 | 4 | ORDER, CASE TRANSFERRED to District of CA/Southern signed by Magistrate Judge William M. Wunderlich on 2/11/2008. Certified copy of transfer order, and docket sheet sent. CASE CLOSED (Esteves, C) (Entered: 02/13/2008) |
| 02/13/2008 |  | SERVICE BY MAIL: 4 Order, case transferred Out to Southern District served on Eric Wilton Burton. (Esteves, C) (Entered: 02/13/2008) |
| 02/13/2008 | 5 | TRANSMITTAL of DOCUMENTS on *2/13/2008* to * Clerk, USDC Southern District of CA* *880 Front Street* *San Diego, CA 92101*. ** *Electronic Documents: 1 to 4. *. (Esteves, C) (Entered: 02/13/2008) |

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|

Name: BURTON, ERIC WILTON IN PROPER  Prisoner No. F02720  Case No. S152584/S153203

Place of Confinement: C.SATF/SP-C1-132L, P.O. BOX 5246, CORCORAN, CALIFORNIA, 93212

**FILED**
FEB - 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Name of Petitioner (include name under which convicted):
ERIC WILTON BURTON

Name of Respondent (authorized person having custody of petitioner):
DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

The Attorney General of the State of: CALIFORNIA

1:08 CV 00190 OWW WMW HC

## PETITION
BASED ON MEMORANDUM AND POINTS OF AUTHORITIES (ATTACHED)

1. Name and location of court which entered the judgment of conviction under attack: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, EAST COUNTY DIVISION, 250 E. MAIN ST. EL CAJON, CA. 92020

2. Date of judgment of conviction: SENTENCED ON 21 OCT 05

3. Length of sentence: LIFE + 25 YEARS TO LIFE CONSECUTIVELY

4. Nature of offense involved (all counts): (ALLEGED) P.C. §§ 664/187, SUBD.(A)(189) DISCHARGING A FIREARM FROM A MOTOR VEHICLE §12034, SUBD.(C) (ALLEGED) ASSAULT WITH A SEMI-AUTOMATIC FIREARM (§245, SUBD(B) PLUS UNCONSTITUTIONAL ENHANCEMENT ALLEGATIONS 12053(D) SENTENCE AND CULMATIVE PENALTY FOR A CRIME NOT CHARGED NOR PROVEN PROSECUTION FAILED TO GIVE DEFENDANT NOTICE.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑   No ☐

(2)

9. If you did appeal, answer the following:

    (a) Name of court   COURT OF APPEAL, FOURTH APPELLATE DIST. DIV I DIRECT REVIEW/H.C.

    (b) Result   AFFIRMED, COURT ERRED ON ALL GROUNDS RAISED ON DIRECT APPEAL AND HABEAS CORPUS

    (c) Date of result and citation, if known   APRIL, 25, 2007

    (d) Grounds raised   ON DIRECT APPEAL- FARETTA, Wheeler/Batson error, Failure to give jury instructions, sentence for a crime uncharged, ect.

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

       (1) Name of court   SUPREME COURT OF CA. HABEAS CORPUS REVIEW

       (2) Result   DENIED COURT ERRED ON ALL GROUNDS RAISED BY PETITIONER
       Appeals counsel misstated the facts and had omissions of facts

       (3) Date of result and citation, if known   7-11-07

       (4) Grounds raised   14th U.S. Const. Amend. Due Process violations unlawful seizure of person, violation of EDWARDS SUPRA Failure to rule on timely Faretta pro se motion Batson/error, sentence for a crime not charged or proven.

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

       (1) Name of court   ___

       (2) Result   ___

       (3) Date of result and citation, if known   ___

       (4) Grounds raised   ___

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court   California Supreme Court

       (2) Nature of proceeding   petition for rehearing of H.C.

       (3) Grounds raised   DUE PROCESS VIOLATIONS 14TH AMEND., Batson error, denial of 6th amend. right to self representation,

(3)

ABSENCE OF COUNSEL, FAILURE OF PROSECUTION TO DISCLOSE MATERIAL EXCULPATORY EVIDENCE IN VIOLATION OF FEDERALLY GUARANTEED U.S. 5TH AND 14TH AMENDMENTS DUE PROCESS AND EQUAL PROTECTION CLAUSES, SENTENCE FOR UNCHARGED CRIME

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐  No ☑

(5) Result  REVIEW DENIED  6-20-07

(6) Date of result  7-18-07?

(b) As to any second petition, application or motion give the same information:

  (1) Name of court  SUPREME COURT OF CALIFORNIA

  (2) Nature of proceeding  PETITION FOR REHEARING EN BANC

  (3) Grounds raised  14TH U.S. CONST. DUE PROCESS VIOLATIONS, MULTIPLE GROUNDS, AND FOR PROSECUTIONS VIOLATION OF 5TH AND 14TH DUE PROCESS AND EQUAL PROTECTION CLAUSES IN FAILURE TO DISCLOSE MATERIAL EXCULPATORY EVIDENCE AND SUPPRESSION OF FAVORABLE EVIDENCE, DELAY IN ACCUSATION, CHANGING CHARGES WITHOUT NOTICE TO DEFENDANT TO GAIN UNFAIR TACTICAL ADVANTAGE, DAY OF TRIAL ARRAIGNMENT

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐  No ☑

  (5) Result  REVIEW DENIED BY CLERK OF COURT - ERROR - UNCONSTITUTIONAL

  (6) Date of result  18 JULY 07

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
  (1) First petition, etc.    Yes ☑  No ☐
  (2) Second petition,        Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
  CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: PREJUDICIAL AND ERRONEOUS DENIAL BY THE TRIAL COURT OF PETITIONERS FEDERALLY GUARANTEED RIGHT TO SELF REPRESENTATION IN VIOLATION OF U.S CONST 6TH AND 14TH AMENDMENT DUE PROCESS AND EQUAL PROTECTION CLAUSES FAILURE TO RULE.

Supporting FACTS (state *briefly* without citing cases or law) ON 16 MARCH 05, AFTER BEING DETERMINED TO BE LAWFULLY COMPETENT BY THE HON. JUDGE PRECKEL 11-05-04, PETITIONER INVOKED HIS RIGHT TO SELF REPRESENTATION PER HIS U.S. 6TH AMENDMENT, AND ALSO REQUESTED A MARSDEN MOTION, KNOWINGLY AND INTELLIGENTLY, AS THE EXCERPTS IN THE ATTACHED EXHIBIT A WILL SHOW, THE COURT RECOGNIZED PETITIONER'S TWO PROFFERED, FUNDAMENTALLY SEPARATE MOTIONS, DENIED PETITIONERS MARSDEN MOTION, FAILED TO RULE ON PETITIONERS FIRST MOTION PER HIS 6TH AMENDMENT U.S CONST. RIGHT, COURT ABUSED ITS DISCRETION COUNSEL ON DIRECT APPEAL MISSTATED THE FACTS CONCERNING, AND OMITTED THE FACT THAT PETITIONER MADE HIS FIRST MOTION FOR SELF REPRESENTATION ON 16 MARCH 05, NOT 24 MARCH 05

B. Ground two: FAILURE TO RULE ON PETITIONERS TIMELY FILED FARETTA PRO SE MOTION, PREJUDICIALLY AND ERRONEOUSLY, IN VIOLATION OF 6TH +14TH DUE PROCESS + EQUAL PROTECTION CLAUSES.

Supporting FACTS (state *briefly* without citing cases or law) THE TRIAL COURT OVERREACHING, PLACED PETITIONER ON A 1368 HOLD, AND FAILED TO GIVE THE 5TH AMENDMENT REQUIREMENTS THAT ESTELLE REQUIRE, AFTER PETITIONER HAD ALREADY BEEN DEEMED LAWFULLY COMPETENT ON 11-05-04 BY ANOTHER JUDGE, TRIAL JUDGE HON. HALGREN FORCED COUNSEL ON UNWILLING DEFENDANT. ON OR ABOUT 07 JULY 05 PETITIONER MAILED A FILED FARETTA PRO SE MOTION TO THE COURT, PRETRIAL MOTION NEVER RULED ON, INCLUDING FOR 14TH US CONST AMENDMENT DUE PROCESS VIOLATION. ON 19 JULY 05, DEFENSE COUNSEL MADE A MOTION TO HAVE PETITIONERS MOTIONS FILED BE ACCEPTED, THE JURORS HAD NOT BEEN SWORN UNTIL 20 JULY 05, PETITIONERS MOTION BY PER THE REASONING OF FARETTA SHOULD HAVE BEEN INQUIRED INTO. SEE ATTACHMENTS AND EXCERPTS IN SUPPORT OF GROUNDS

(5)

C.  Ground three: U.S. CONST FEDERALLY GUARANTEED 14TH AMENDMENT, AND ASLO 5TH U.S. CONST AMENDMENT VIOLATIONS OF BOTH DUE PROCESS AND EQUAL PROTECTION CLAUSES FOR PROSECUTIONS FAILURE TO DISCLOSE MATERIAL EXCULPATORY EVIDENCE, AND SUPPRESSION OF FAVORABLE EVIDENCE TO DEFENSE.

Supporting FACTS (state briefly without citing cases or law) ON OR ABOUT 30 JULY 04, DEFENSE COUNSEL PLUMMER FILED AND SERVED A MOTION FOR DISCOVERY UNDER BRADY V. MARYLAND, THAT ACCORDING TO COUNSEL ADAIR ON THE ATTACHED EXCERPTS, PROSECUTION FAILED TO RESPOND, PROSECUTION AND POLICE DESTROYED THE ALLEGED 911 CALL TO DISPATCHER BY ALLEGED DEFENDANT THAT WAS PROVE OF PETITIONERS INNOCENCE. PROSECUTION DEPORTED THE TRIAL JUDGE, HON LAURA HALGREN, AND IRRATIONAL, PREJUDICIAL CONFLICTING TRIER OF FACT, AND HER BALIFF ON OR ABOUT 23 FEB 04. THE ALLEGED VICTIM MR. THOMAS WAS SERVED "TRO" ON OR ABOUT 23 FEB 04, BY BALIFF, IN JUDGE HALGRENS PRESENCE, TRIAL JUDGE ON STIPULATED GENUINE COURT BUSINESS RECORDS SIGNED OFF ON THE TRO, AND WAS WITNESS TO FACT THAT MR. THOMAS WAS STALKING PETITIONER, SEE ATTACHMENTS IN SUPPORT.

D.  Ground four: VIOLATION OF 6TH AND 14TH U.S. CONST AMENDMENT DUE PROCESS AND EQUAL PROTECTION CLAUSES OF PETITIONERS FEDERALLY GUARANTEED RIGHT TO A FAIR AND IMPARTIAL TRIAL WITH A JURY OF HIS PEERS, BY PROSECUTIONS WHEELER/BATSON ERROR BY A RACIALLY MOTIVATED PEREMPTORY CHALLENGE OF THE SOLE AFRICAN AMERICAN POTENTIAL JUROR, PETITIONER IS AFRICAN AMERICAN

Supporting FACTS (state briefly without citing cases or law) DURING VOIR DOIR, PROSECUTOR MR TROCHA SINGLED OUT AND BADGERED THE SOLE AFRICAN AMERICAN JUROR AND DISCRIMINATINGLY RAISED A BIASED PEREMPTORY CHALLENGE TO EXCLUDE THIS OTHERWISE QUALIFIED POTENTIAL JURY. PROSECUTOR DIDNT LIST HIS REASONS PER SE, BUT STATED "SHE WOULD'NT MAKE A GOOD JUROR IN GENERAL." PROSECUTION CREATE WHEELER/BATSON ERROR, TRIAL JUDGE ERRORED IN FAILING TO DISCHARGE PANEL AND START PROCCEDINGS OVER. PETITIONER WAS PREJUDICED BY THIS ERROR AND WAS DENIED HIS FEDERALLY GUARANTEED RIGHT TO TRIAL OF JURY OF HIS PEERS, UNCONSTITUTIONALLY CONVICTED BY AN ALL WHITE JURY, SEE ATTACHMENTS AND EXHIBIT C

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing PLUMMER

    (b) At arraignment and plea ADAIR?

(6)

AO 241 (Rev. 5/85)

 (c) At trial _ADAIR_

 (d) At sentencing _ADAIR_

 (e) On appeal _SYLVIA KORYN_

 (f) In any post-conviction proceeding _IN PRO PER_

 (g) On appeal from any adverse ruling in a post-conviction proceeding _IN PRO PER_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

 Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

 Yes ☐  No ☑

 (a) If so, give name and location of court which imposed sentence to be served in the future: ____

 (b) Give date and length of the above sentence: _21 OCT 05 LIFE + 25 YEARS TO LIFE PLUS RESTITUTION FOR AN UNCHARGED AND UNPROVEN CRIME, WITHOUT PRIOR NOTICE OF A KIAH MINCEY (ALLEGED VICTIM)_

 (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

 Yes ☐  No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

**2-4-08**
(date)

_Eric W Burton_ #F02720 IN PRO PER
Signature of Petitioner

(7)

MR. ERIC WILTON BURTON #F02720
IN PRO PER
P.O. BOX 5246-CSATF/SP-C1-132L
CORCORAN, CA. 93212

## UNITED STATES DISTRICT COURT
## EASTERN CALIFORNIA DIVISION

ERIC W. BURTON #F02720
_____
Plaintiff or Petitioner

v.
DIRECTOR OF THE CALIFORNIA DEPARTMENT
OF CORRECTIONS AND REHABILITATION
_____
Defendant or Respondent

Case Number: S152584

**PROOF OF SERVICE**

I hereby certify that on  2-04-08  TO 30 DAYS EWB, 2008, I served a copy of the

attached FEDERAL H.C. PETITION REQUEST FOR COUNSEL AND ATTACHED EXHIBITIONS AND COPIES ATTACHED AS EXHIBITIONS OF PERTINENT TRIAL EXCEPTS AND REPORTERS COPE OF MINUTE ORDER

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

envelope in the United States Mail at P.O. BOX 5246-CSATF/SP-C1-132L CORCORAN, CA. 93212
VIA PRISON LEGAL MAIL SERVICES.

(List Name and Address of Each
Defendant or Attorney Served)
DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

REQUEST FOR COURT TO GIVE NOTICE TO ALL PARTIES
INVOLVED IN THE INSTANT MATTER, INCLUDING WARDEN
OF CSATF/SP- P.O. BOX 5246, @ CORCORAN CA. 93212

I declare under penalty of perjury that the foregoing is true and correct.

Eric W. Burton #F02720
(Name of Person Completing Service)

2-4-08

MR. E.W. BURTON #F02720 IN PROPER
P.O. BOX 5246 - C SATF/SP-CI-132L
CORCORAN, CA 93212

UNITED STATES DISTRICT COURT
EASTERN CALIFORNIA DISTRICT

E.W. BURTON #F02720
**Plaintiff or Petitioner**

v.   Case Number: S152584

DIRECTOR DEPT OF CORRECTIONS AND REHABILITATION, CALIFORNIA
**Defendant or Respondent**
STATE JURISDICTION

**PROOF OF SERVICE**

I hereby certify that on 2-04-08, I served a copy of the attached RT. EXCERPTS TO FED H.C. PETITION, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at P.O. BOX 5246 - C SATF/SP-CI-132L, CORCORAN, CA 93212

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

E.W. Burton #F02720
**(Name of Person Completing Service)**

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Eric Wilton Burton

**DEFENDANTS**

Director of the CDCR

FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kings
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Eric Wilton Burton
PO Box 5246
Corcoran, CA 93212
F-02720

**ATTORNEYS (IF KNOWN)**

'08 CV 0325 LAB POR

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☐ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☒ 5 Transferred from another district (specify) EASTERN CA  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE  Docket Number

DATE   2/19/2008

SIGNATURE OF ATTORNEY OF RECORD

R.Nucly