MR. E.W. BUNTON) HLF OR 780 IN PROPER
P.O. BOX 5246-CSATF/SA C1-132L
CORCORAN CA. 93212

(~~Vol. 818, 836.~~) The judgment of conviction and sentence should be reversed.[6]

# CONTENTION 1-C

---

[6] As defense counsel argued, the failure to instruct on antecedent threats also implicated federal constitutional protections. (R.T. 1057.) In particular, appellant submits the error violated appellant's right to present a defense, to compulsory process and to trial by jury as guaranteed by the Sixth Amendment and the Fourteenth Amendment right to due + EQUAL PROTECTION process. (See, e.g., *United States v. Unruh* (9th Cir. 1987) 855 F.2d 1363, 1372; *Bennett v. Scroggy* (6th Cir. 1986) 793 F.2d 772, 777-79; *United States v. Escobar de Bright* (9th Cir. 1984) 742 F.2d 1196, 1201-1202.)

43

MR. E.W. BURTON # F02720 IN PROPER
P.O. BOX 5246 - CSATF/SP C1-132L
CORCORAN CA. 93212

Memorandum and points of Authority in
support of petition for relief; FEDERAL H.C.

THIS PETITION IS BASED ON ALL THE ATTACHED MEMORANDUM AND POINTS OF AUTHORITY ON EACH GROUND AND CONTENTION STATED HERE IN THIS PETITION: PETITIONERS FEDERALLY GUARANTEED RIGHTS TO A FAIR TRIAL AND DUE PROCESS AND EQUAL PROTECTION WERE VIOLATED BY THE STATE TRIAL COURT THE FACTUAL FINDINGS WERE INCORRECT AND UNCONSTITUTIONAL, PETITIONERS CONVICTION AND SENTENCE ARE UNCONSTITUTIONAL, PETITIONERS CONVICTIONS AND SENTENCE SHOULD BE REVERSED, THE STATE TRIAL COURT VIOLATED PETITIONERS FUNDAMENTAL CONSTITUTIONAL RIGHTS, AND RIGHTS TO A FAIR AND IMPARTIAL TRIAL, AND A JURY OF HIS PEERS. PETITIONER IS AFRICAN AMERICAN, AND WAS CONVICTED BY AN ALL WHITE JURY DESPITE A WHEELER/BATSON ERROR.

Prayer for relief-

PETITIONER PRAYS THAT THIS HONORABLE COURT TO GRANT HIM THE RELIEF SOUGHT FROM AN UNCONSTITUTIONAL CONVICTION AND SENTENCING. PETITIONER PRAYS FOR AN EVIDENTIARY HEARING PERMISSION TO PROCEED IN FORMA PAUPERIS, AND APPOINTMENT OF COUNSEL

Declaration-

I DECLARE THAT THE AFOREMENTIONED STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY RECOLLECTION.

SIGNED. Eric Wilton Burton # F02720
ERIC WILTON BURTON
DATED - 2-04-08