MR. E. W. BURTON #F02720 IN PROPER
P.O. BOX 3481 (4B1-P08-150L-CUYSCL, CORCORAN, CA 93212

## TABLE OF CONTENTS

ATTACHMENTS - CONTENTION - 1
1-A, PAGES 1 AND 2 _____ 2
_____ 3
_____ 4
_____ 5
_____ 6
_____ 7
_____ 8
_____ 9
_____ 10
_____ 11
_____ 12
_____ 13
_____ 14
_____ 15
_____ 16
_____ 17
_____ 18
_____ 19
_____ 20
_____ 21
_____ 22
_____ 23
_____ 24
_____ 25
_____ 26
_____ 27
_____ 28
_____ 29
_____ 30
_____ 31

MR. GARY W. BURTON #F02220 IN PRO PER
P.O. BOX 5246-CSATF/SP-C1-132L
CORCORAN, CA. 93212

## CONTENTION #1-A

GROUND 7-A 6TH AND 14TH AMENDMENT DUE PROCESS AND EQUAL PROTECTION CLAUSES VIOLATION FOR THE COURTS FAILURE TO INQUIRE INTO THE APPOINTMENT OF CONFLICTING COUNSEL.

STATEMENT OF FACTS — ON OR ABOUT 11-09-04, AFTER PETITIONER WAS APPOINTED HIS 3RD COURT APPOINTED COUNSEL MR. NEWTON. (IT SHOULD BE NOTED THAT DEFENDANT'S FIRST APPOINTED COUNSEL WAS CONFLICTING, A MR. ERICSEN OF WHOM PETITIONER HAD NEVER HAD INITIAL PERSONAL CONSULTATION WITH). UPON APPOINTMENT OF MR. NEWTON WITH A DISQUALIFYING CONFLICT. PETITIONER/DEFENDANT MADE A "THRESHOLD MARSDEN MOTION THAT WAS DENIED PREJUDICIALLY BY THE HON. JUDGE PRECKEL WITHOUT MAKING THE PROPER INQUIRY, THUS ABUSING HIS DISCRETION, AS MR. NEWTON REPRESENTED PETITIONER'S ALLEGED CO DEFENDANT MR. MCKELVEY AT HIS PRELIMINARY HEARING. MR. NEWTON HAD DIVULGED CONFIDENTIALITIES ABOUT MR. MCKELVEY TO PETITIONER. PETITIONER'S ~~CONVICTION AND SENTENCE~~ ERRONEOUS ~~SHOULD BE REVERSE~~ WITH A PER SE REVERSAL/ ERRONEOUS AUTOMATIC REVERSAL AS IN HOLLOWAY V. ARKANSAS, ERRONEOUS 435 U.S. 475, 49-491, 98 S.CT. 1173, 1181-1182, 55 L.ed.2d ERRONEOUS 426 (1978). STATEMENT OF FACTS

SEE EXHIBIT E, PAGE 19, RT EXCERPT 0032, LINES 1-20, 23-26, SEE ALSO EXHIBIT E, PAGE 20, RT EXCERPT 0033, LINES, 1, 2, 3, 4, 6, 11-21, PETITIONER DENIES OMITTED PORTIONS. SEE EXHIBIT E, PAGE 21, RT EXCERPT 83, LINES, 2-6, 8-14, 17-24, 27, 28, SEE ALSO EXHIBIT E, PAGE 22, RT EXCERPT 86, LINES 1-22, 25, PETITIONER DENIES ALL OMITTED PORTIONS, SEE EXHIBIT "A", PAGE 79, R.T. EXCERPT 259, LINES 21, 22, 27, 28. SEE ALSO EXHIBIT "A", PAGE 72, RT EXCERPT 260, LINES, 1-8, 13, 16, 17, 18, 19. —

1

MR. E.W. BURTON #F02720 P.O. BOX 7500 A1-17
CORCORAN, CA. 93212
IN PRO PER

1. THE COURT: HOW MANY ATTORNEYS HAVE YOU ALREADY HAD, MR. BURTON? THE DEFENDANT:
2. WELL SIR, VIC ERIKSEN WAS THE FIRST AND HE HAD A CONFLICT BECAUSE HE
3. (ALLEGEDLY) REPRESENTED MR. THOMAS. I SAT IN JAIL FOR TWO WEEKS AND HAD NOT
4. MET WITH AN ATTORNEY. THE NEXT ATTORNEY WAS MR. PLUMMER, -- BECAUSE
5. HE DID A MOTION, FRUIT OF THE POISONOUS TREE -- BEGIN WITH A MIRANDA
6. VIOLATION -- A FOURTH AMENDMENT VIOLATION. --"ALL ITEMS SEIZED"
7. WHICH DEEMED THE MOTION TO BE AN --"I WAS THEN ASSIGNED
8. AN ATTORNEY NEWTON, --(ALLEGED) CODEFENDANT AND HE REPRESENTED
9. HIM THE DAY OF MY PRELIMINARY HEARING -- CONFLICT OF INTEREST
10. AND THEN I WAS ASSIGNED MR. ADAIR. (MARSDEN 6-01-05).

2