BURTON ERIC WILTON # F02720 INPROPER
P.O. BOX 3216 CORTER PC (-132L
CORCORAN, CALIFORNIA 93262

EXHIBIT "C" PAGES 1-9

R.T. EXCERPTS 149-157

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

149



12          **MR. ADAIR:** THANK YOU VERY MUCH.

13          **THE COURT:** ALL RIGHT. MR. TROCHA.

14          **MR. TROCHA:** GOOD MORNING AGAIN.

15          MS. RODGERS BROUGHT UP A VERY GOOD POINT. AND

16     THAT IS, A LOT OF PEOPLE HAVE DIFFERENT RELIGIOUS

17     BELIEFS, SOME STRONGER THAN OTHERS. DOES ANYBODY HAVE A

18     PROBLEM OR CONFLICT WITH THEIR BELIEFS THAT WOULD NOT

19     ALLOW THEM TO SIT IN JUDGMENT ESSENTIALLY OF ANOTHER

20     PERSON? AND WHEN I SAY THAT IS, WOULD THESE BELIEFS

21     IMPAIR YOUR ABILITY TO DETERMINE WHETHER OR NOT

22     MR. BURTON IS RESPONSIBLE FOR THE CRIMES HE'S ACCUSED OF

23     COMMITTING BASED UPON THE EVIDENCE ALONE? I SEE

24     NOBODY'S RAISING THEIR HANDS.

25          THERE'S ALSO BEEN A LOT OF TALK ABOUT

26     SELF-DEFENSE. AND AGAIN MS. RODGERS BROUGHT UP THE

27     POINT THAT IF SOMEONE HAS A RIGHT TO PROTECT THEMSELVES,

28     THEY SHOULD PROTECT THEMSELVES --



150

1    DOES ANYBODY HAVE A PROBLEM TAKING OUT, I GUESS, WHAT

2    REALLY HAPPENS VERSUS WHAT SOMEBODY TELLS THEM?  IN

3    SAYING THAT, DOES ANYBODY HAVE A PROBLEM JUST BELIEVING

4    SOMEONE ON FACE VALUE WITHOUT ACTUALLY LOOKING AT THE

5    FACTS?  I SEE NOBODY'S RAISING THEIR HANDS.

6                    **PROSPECTIVE JUROR RODGERS**

7    **BY MR. TROCHA:**

8         Q.  MS. RODGERS, I HATE TO PICK ON YOU AGAIN, BUT

9    WHEN YOU DID SAY THAT IT DID PEEK MY INTEREST SOMEWHAT

10   BECAUSE THIS IS A CASE INVOLVING A CLAIM OF

11   SELF-DEFENSE.  IF SOMEONE ALONE WOULD JUST TELL YOU, "I

12   WAS SCARED, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" WOULD THAT BE ENOUGH

13   FOR YOU TO SAY IT WAS DONE WITH JUSTIFICATION?

14        A.  WELL, IF HE GAVE THE WHOLE DETAIL AND ALSO YOU

15   LOOK AT ALL THE EVIDENCE, ▓▓▓▓▓▓

16        Q.  SO YOU'D HAVE TO LOOK AT THE EVIDENCE ALSO IN

17   RELATION TO A CLAIM?

18        A.  WELL, YES.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓

19   ▓▓▓▓▓▓▓▓▓▓ -- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WOULD

20   ▓▓▓▓▓▓▓▓, AND THEN YOU HAVE TO DO THE PROS AND CONS

21   ON IT.

22        Q.  NOW, GETTING INTO THAT, IF A PERSON SEEMED TO

23   ACT UNREASONABLY IN A SITUATION, WOULD YOU STILL GIVE

24   THEM THE BENEFIT OF THE DOUBT THAT THEY ACTED REASONABLY

25   IN THAT SITUATION?

26        A.  ▓▓▓▓.  IT DEPENDS ON THE SITUATION.

27        Q.  OBVIOUSLY --

28        A.  IF THE GUY CAME TO HIM AND SAID, "HEY, I'M

