Plaintiff's Name: Eric Wilton Burton #F02720 In Pro Per
CDC No: F02720
Address: P.O. Box 5246-CSATF/SP CI-132L
Corcoran, CA. 93212

**FILED FEB 19 2008** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

**FILED FEB -6 2008** CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Eric Wilton Burton #F02720
In Re:
Federal H.C.
        Petitioner, Plaintiff, )
vs )
Director of the California )
Department of Corrections and )
Rehabilitation. )
        Defendant(s). )
_____ )

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 08 CV 0325 LAB POR

S152584

1: 08 CV 00190 OWW WMW HC

I, Eric W. Burton, #F02720, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ✓ Yes   __ No   (If "no" DO NOT USE THIS FORM)

If "yes" state the place of your incarceration. P.O. Box 5246-CI-132L CSATF/SP, Corcoran, CA. 93212

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?   __ Yes   ✓ No

    a.    If the answer is "yes" state the amount of your pay. _____

    b.    If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

    a.    Business, profession, or other self-employment:   __ Yes   ✓ No

    b.    Rent payments, interest or dividends:   __ Yes   ✓ No

    c.    Pensions, annuities or life insurance payments:   __ Yes   ✓ No

d.  Disability or workers compensation payments:  __ Yes  ✓ No

e.  Gifts or inheritances:  __ Yes  ✓ No

f.  Any other sources: MONEY FROM FAMILY ?  ✓ Yes  __ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary. MONEY ORDER X 4 MONTHS AGO APPROX. RECEIVE $100.00 ?

4. Do you have cash (includes balance of checking or savings accounts)?  __ Yes  ✓ No

If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  __ Yes  ✓ No

If "yes" describe the property and state its value: _____

6. Do you have any other assets?  __ Yes  ✓ No

If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

10-30-07                    [signature] Welton Burton #F02720
DATE                        SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at __CSATF__ (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ __48.77__. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ __34.60__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

11/8/07                     [signature]
DATE                        SIGNATURE OF AUTHORIZED OFFICER

```
REPORT ID: TS3030  .701                              REPORT DATE: 11/08/07
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SATF/SP AT CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAY 08, 2007 THRU NOV. 08, 2007

ACCOUNT NUMBER : F02720                  BED/CELL NUMBER: FCR1T1000000132L
ACCOUNT NAME   : BURTON, ERIC WILTON     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  -----------    -------     ---------  --------  -----------  -------

05/08/2007  BEGINNING BALANCE                                             292.64

05/08 FC03  DRAW-FAC 3     5359/FAC-C                         20.00       272.64
05/09 W700  IWF SP SURCHA  5386/SCRPK                         23.66       248.98
05/09 W350  SPECIAL PURCH  5386/SCRPK  300043828             242.64         6.34
05/15 W521  FUND RAISER C  5488/MEDNA                          4.00         2.34
05/15 W700  IWF SP SURCHA  5488/MEDNA                          0.40         1.94
05/15 W520  MISCELLANEOUS  5488/MEDNA                          0.40         1.54
05/15 W512  LEGAL POSTAGE  5530/LPOST                          0.75         0.79
06/04 W862  REVERSE FUND   5865/5488                           4.00-        4.79
06/04 W905  REVERSE IWF S  5865/5488                           0.40-        5.19
06/04 W921  REVERSE MISCE  5865/5488                           0.40-        5.59
06/07 FC03  DRAW-FAC 3     5969/FAC-C                          5.59         0.00
06/21*DD30  CASH DEPOSIT   6265/M/R               45.00                    45.00
06/25 W502  POSTAGE CHARG  6335/POSTG                          9.65        35.35
07/09 FC03  DRAW-FAC 3     0156/FAC-C                         35.35         0.00
08/10 D200  CASH DEPOSIT-  0788/REFUN            162.60                   162.60
08/10 W905  REVERSE IWF S  0788/REFUN                         16.26-      178.86
08/17 W515  COPY CHARGE    0979/COPY                          38.50       140.36
08/24 W536  COPAY CHARGE   1100/37846                          5.00       135.36
08/24 W515  COPY CHARGE    1108/COPY                           1.00       134.36
08/24 W502  POSTAGE CHARG  1108/POSTG                          0.41       133.95
09/04 W516  LEGAL COPY CH  1230/LCOPY                          1.35       132.60
09/07 FC03  DRAW-FAC 3     1336/FAC C                         35.00        97.60
09/13 W700  IWF SP SURCHA  1457/SCRPK                          4.72        92.88
09/13 W350  SPECIAL PURCH  1457/SCRPK  300045568              47.20        45.68
10/09 FC03  DRAW-FAC 3     1967/FAC C                         12.00        33.68
10/10 W536  COPAY CHARGE   1997/13485                          5.00        28.68
10/30 W512  LEGAL POSTAGE  2382/LPOST                          5.15        23.53
11/02 W516  LEGAL COPY CH  2452/LCOPY                         23.53         0.00

                              CURRENT HOLDS IN EFFECT
     DATE       HOLD
    PLACED      CODE      DESCRIPTION              COMMENT       HOLD AMOUNT
    ------      ----      -----------              -------       -----------
    10/22/2007  H114      COPAY FEE, MED.          2258/54327          5.00
    11/05/2007  H114      COPAY FEE, MED.          2471/13382          5.00
```

```
REPORT ID: TS3030  .701                          REPORT DATE: 11/08/07
                                                 PAGE NO:       2
                        SATF/SP AT CORCORAN
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAY 08, 2007 THRU NOV. 08, 2007

ACCT: F02720     ACCT NAME: BURTON, ERIC WILTON     ACCT TYPE: I


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/21/05                CASE NUMBER: *SCE238643
COUNTY CODE: *SD                        FINE AMOUNT: $  17,838.57

  DATE     TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
  ----     ------   -----------              -----------    -------

05/08/2007  BEGINNING BALANCE                              17,738.57

06/21/07   DR30    REST DED-CASH DEPOSIT        50.00-     17,688.57

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

 BEGINNING   TOTAL      TOTAL        CURRENT    HOLDS     TRANSACTIONS
 BALANCE    DEPOSITS   WITHDRAWALS   BALANCE    BALANCE   TO BE POSTED
 ---------  --------   -----------   -------    -------   ------------

   292.64    207.60      500.24        0.00      10.00        0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                               10.00-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:           NOV 0 8 2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
      TRUST OFFICE