MR. E. W. BURTON #F02720
P.O. BOX 5246 -C SATF/SP-C/-11/162
CORCORAN CA. 93212
IN PROPER

1  [PRISONER'S NAME & NUMBER]
   [Prisoner's Mailing Address
2  Name of Prison
   City, State, Zip]
3
   Petitioner, In Pro Per
4

FILED
MAY 2 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

5            IN THE UNITED STATES DISTRICT COURT

6         FOR THE  Southern  DISTRICT OF CALIFORNIA

7  ERIC W. BURTON # F02720
   [PRISONER'S NAME],                )   No. 08-0325 LAB (POR)
8                                    )   DATE 4-27-08  REQUEST EVIDENTIARY
      Petitioner,                    )   NOTICE OF APPEAL  HEARING
9                                    )   PURSUANT TO 28 USC §2253, RULE 22 FRAP,
      v.                             )   AND NINTH CIRCUIT RULE 22-1; LA GRAND V.
10 DIRECTOR CDCR                     )   STEWART (9TH CIR. 1998) 133 F.3d 1253;
   [WARDEN'S NAME], SUE ELLIS        )   SCHLUP V. DELO (1995) 513 U.S. 298 [115 S.CT.
11                                   )   851; 130 L.Ed.2d 808; KELLY V. SMALL (9TH
      Respondent.                    )   CIR. 2003) 31 F.3d 1063.; BENNETT V. MUELLER
12                                   )   9TH CIR. 2002) F.3d 752; WILLIAM V. TAYLOR 569 U.S. 362

13       Petitioner [PRISONER'S NAME], appearing in pro per, hereby appeals from the Judgment

14  of the court dismissing the Petition for Writ of Habeas Corpus in the above-entitled action. Said

15  Judgment was entered on OR ABOUT 4-25-08 by Hon. JUDGE BURNS.

16       Concurrently herewith, Petitioner requests that the District Court issue a Certificate of

17  Apppealability. An application for COA is being contemporaneously filed.

18       Dated: 4-25-08

                                              Eric W. Burton #F02720
19                                            [Prisoner's Signature]
                                              [PRISONER'S NAME]
20                                            ERIC W. BURTON
                                              Petitioner, In Propria Persona

21  STATEMENT OF FACTS - DISTRICT COURT IS PREJUDICIAL AND ERRONEOUS
22  IN IT'S RULING THAT PETITIONER DIDN'T USE THE PROPER FEDERAL HABEAS
23  CORPUS FORM, PETITIONER ALLEGES WITH CERTAINTY THAT HE DID
24  AND IT AFTER BEING HANDED OVER NEATLY, ORGANIZED WITH ALL OF
25  IT'S ATTACHMENTS OF ADDITIONAL EXHAUSTED GROUNDS, CONTENTIONS,
26  FACTS AND ISSUES, EXHIBITS, DIRECTIONS, AND VERIFICATION, AND
27  DECLARATION TO PRISON AUTHORITIES, LEGAL MAIL PROCESSES ON OR
28  ABOUT 2-03-08, AND WAS FILED WITHOUT COMPLAINT TO THE EASTERN
29  DISTRICT COURT ON 2-06-08, JURISDICTION OF PETITIONER'S INCARCERATION
30  THEN TRANSFERRED TO THE SOUTHERN CA. DISTRICT AND FILED 2-19-08 APPROX.

                                    1
                                                                                    20

MR. ERIC BURTON #F02720
P.O. BOX 5246 CSATF/SP-C1-119L
CORCORAN, CA. 93212  IN PROPER

1. PETITIONER ALLEGES WITH CERTAINTY THAT HE HAS
2. EXHAUSTED HIS STATE REMEDIES IN THE CALIFORNIA
3. SUPREME COURT "LEAD" CASE NO. S152584 FILED ON 5-07-2007
4. REVIEW DENIED ON OR ABOUT 6-21-07, A FEDERALIZED PETITION
5. FOR REVIEW, SPECIFICALLY FILED ON IT'S FACE "PETITION FOR
6. REVIEW TO EXHAUST STATE REMEDIES. COURT GAVE NOTICE TO
7. ATTORNEY GENERAL - SAN DIEGO OFFICE - ASSOCIATE ATTORNEY
8. P.O. BOX 85266, SAN DIEGO, CA, 92186-5266. THE COURT OF
9. APPEALS 4TH DISTRICT DIV I DISPOSED: 4/25/2007 IN AN UNPUBLISHED
10. OPINION, GIVING PETITIONER 10 DAYS TO FILE FOR REVIEW IN THE
11. CALIFORNIA SUPREME COURT WHICH HE TIMELY FILED HIS
12. PETITION FOR REVIEW, IN re ERIC BURTON ON HABEAS CORPUS,
13. HIS ATTORNEY WAS LATE IN FILING, THERE WERE 2 DOGHOUSES
14. THE RECORD WAS REQUESTED ON 5-14-2007, AND THE COURT
15. OF APPEAL RECORD FILE JACKET WAS RECEIVED ON 5-15-2007,
16. PETITIONER'S APPEALS COUNSEL ON DIRECT APPEAL MISSTATED
17. THE FACTS ON DIRECT APPEAL, FAILED TO BRING FOR THE SEARCH
18. AND SEIZURE CLAIMS, AND OMITTED FACTS, AND OTHER
19. CONSTITUTIONAL DEPRIVATIONS OF PETITIONER'S FEDERALLY
20. GUARANTEED CONSTITUTIONAL RIGHTS. IN ADDITION PETITIONER
21. TIMELY FILED A MOTION FOR A NEW TRIAL BASED ON 5TH AND 14TH
22. AMENDMENT VIOLATIONS FOR PROSECUTIONS FAILURE TO DISCLOSE
23. MATERIAL EXCULPATORY EVIDENCE PURSUANT TO U.S. V. AGURS
24. US.   (1976). PETITIONER HAD MADE A ERROR, AND MOTIONED
25. TO WITHDRAW THE MOTION FOR NEW TRIAL, REVIEW WAS DENIED,
26. AND A REMITTITUR WAS ISSUED IN CALIFORNIA SUPREME
27. COURT CASE NO: S153203, COURT OF APPEAL, FOURTH APPELLATE
28. DISTRICT, DIV I NO D047617; SUP. COURT OF S.D. COUNTY NO. SCE238643,

MR. E.W. BURTON #T57738
P.O. BOX 5246-CSATF/SACI-IIIC
COR CORAN, CA. 93212  IN PRO PER.

1. FILED BY HIS APPELLATE COUNSEL MS. KORYN OF KORYN & KORYN
2. 5105 CASS ST., S.D., CA, 92108. ON 6-04-2007, WHO FAILED
3. TO FEDERALIZE "HER" PETITION FOR REVIEW. PETITIONER
4. HAD ALREADY FILED HIS PETITION AND REVIEW WAS DENIED
5. IN THE CALIFORNIA SUPREME COURT. PETITIONER HAD
6. A DENIED COLLATERAL H.C. PETITION ON DIRECT APPEAL
7. IN THE 4TH APPELLATE DISTRICT DIVISION I, S.D. CA CASE NO:
8. D049846, THAT RAISED FEDERAL CONSTITUTIONAL VIOLATIONS
9. FILED ON OR ABOUT DEC. 18, 2006; DENIED ON OR ABOUT 4-25-07,
10. ARGUMENT REASONABLE JURIST WOULD FIND IT DEBATABLE
11. WHETHER THE DISTRICT COURT WAS CORRECT IN IT'S PROCEDURAL
12. RULING, REASONABLE JURISTS WOULD FIND IT DEBATABLE WHETHER
13. THE PETITION STATES A VALID CLAIM OF DENIAL OF A CONSTITUTIONAL
14. RIGHT ON EACH AND EVERY GROUND, CONTENTION, FACT AND ISSUE
15. RAISED IN PETITIONERS FEDERALLY PROPERLY FILED PETITION FOR
16. RELIEF FOR AN UNCONSTITUTIONAL CONVICTION AND SENTENCE,
17. IN VIOLATION OF HIS FEDERALLY GUARANTEED U.S. CONSTITUTIONAL
18. RIGHTS, TO A FUNDAMENTALLY FAIR AND IMPARTIAL TRIAL OF
19. A JURY OF HIS PEERS, AND HIS FEDERALLY GUARANTEED
20. FOURTEENTH AMENDMENT RIGHT TO SELF REPRESENTATION,
21. DUE PROCESS AND EQUAL PROTECTION AS GUARANTEED.
22. MEMORANDUM AND POINTS OF AUTHORITY
23. ARGUMENT A PLEADING IS DEEMED FILED WHEN IT IS DELIVERED TO
24. PRISON AUTHORITIES FOR MAILING SEE MILES V. PRUNTY (9TH CIR. 1999) 187 F.3d 1104;
25. LACK OF ACCESS TO ADEQUATE LEGAL MATERIALS, SEE WHALEM/HUNT V.
26. EARLY (9TH. CIR. 2000) 233 F.3d 1146; SEE STILLMAN V. LAMARQUE (9TH CIR.
27. 2003) 319 F.3d 1199 (PETITIONER ENTITLED TO EQUITABLE TOLLING BECAUSE OF
28. PRISON OFFICIAL'S MISCONDUCT IN BREAKING PROMISE TO OBTAIN
29. SIGNATURE IN TIME FOR FILING); SEE ALSO BROWN V. ROE (9TH CIR. 2002) 279
30. F.3d 742; LA GRAND V. STEWART (9TH CIR. 1998) 133 F.3d 1253; SCHUP V. DELO
31. (1995) 513 U.S. 298 [115 S.CT. 851]; TILLEMA V. LONG (9TH CIR. 2001) 253 F.3d 494.
32. PRAYER FOR RELIEF - PETITIONER PRAYS FOR RELIEF FROM AN UNCONSTITUTIONAL
33. CONVICTION AND SENTENCE, AND AN ERRONEOUS DISTRICT COURTS RULING,
34. "DISTRICT COURT HAS THE BROAD POWERS TO ISSUE COA AND JURISDICTION,"

3

MR. ERIC W. BURTON #F02720
P.O. BOX 5246-C SATF/SP CI-119L
CORCORAN CA, 93212
IN PROPER

## PROOF OF SERVICE

I, ___Eric Walton Burton #F02720___, CERTIFY AND DECLARE THAT I AM OVER THE AGE OF (18) YEARS, A PARTY TO THE WITHIN ACTION AND A CITIZEN AND OR RESIDENT OF THE UNITED STATES.

I SERVED THE FOLLOWING DOCUMENT(S), __NOTICE OF APPEAL, APPLICATION FOR COA, VERIFIED DECLARATION, COPY OF FED/HC TRANSFER ORDER, PROOF OF EXHAUSTION REMEDIES, MOTION FOR APPOINTMENT OF COUNSEL__ UPON THE PARTIES LISTED BELOW BY PLACING SEALED ENVELOPES IN THE UNITED STATES MAIL HERE AT __CSATF/SP P.O. BOX 5246, CI-119L CORCORAN__, CALIFORNIA AS FOLLOWS: 93212

REQUEST DISTRICT COURT TO GIVE NOTICE TO ALL PARTIES INVOLVED IN THE INSTANT MATTER INCLUDING THE RESPONDENT THE DIRECTOR OF C.D.C.R. AND THE ATTORNEY GENERAL - S.D. CA. OFFICE ASSOCIATE ATTORNEY P.O. BOX 85266, SAN DIEGO, CA, 92186-5266.

I, ___ERIC WILTON BURTON #F02720___, SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AND DATED THIS ___28___ DAY OF ___APRIL___, 20__08__

___Eric W. Burton #F02720___
DECLARANT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILTON BURTON,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　　　　　　Respondent. | Civil No.  08-0325 LAB (POR)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING PETITION WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

**REQUEST TO PROCEED IN FORMA PAUPERIS**

Petitioner has no funds on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**FAILURE TO USE PROPER FORM**

A Petition for Writ of Habeas Corpus must be submitted in accordance with the Local Rules of the United States District Court for the Southern District of California. *See* Rule 2(c), 28 U.S.C. foll. § 2254. In order to comply with the Local Rules, the petition must be submitted

/ / /

upon a court-approved form and in accordance with the instructions approved by the Court. Presently, Petitioner has submitted an application for writ of habeas corpus on a non-approved form.

## FAILURE TO ALLEGE EXHAUSTION OF STATE COURT REMEDIES

The Petition must be dismissed because Petitioner has not clearly alleged exhaustion of state judicial remedies as to all of his claims. Habeas petitioners who wish to challenge either their state court conviction or the length of their confinement in state prison, must first exhaust state judicial remedies. 28 U.S.C. § 2254(b), (c); *Granberry v. Greer*, 481 U.S. 129, 133-34 (1987). To exhaust state judicial remedies, a California state prisoner must present the California Supreme Court with a fair opportunity to rule on the merits of every issue raised in his or her federal habeas petition. 28 U.S.C. § 2254(b), (c); *Granberry*, 481 U.S. at 133-34. Moreover, to properly exhaust state court remedies a petitioner must allege, <u>in state court</u>, how one or more of his or her federal rights have been violated. The Supreme Court in *Duncan v. Henry*, 513 U.S. 364 (1995) reasoned: "If state courts are to be given the opportunity to correct alleged violations of prisoners' federal rights, they must surely be alerted to the fact that the prisoners are asserting claims <u>under the United States Constitution</u>." *Id.* at 365-66 (emphasis added). For example, "[i]f a habeas petitioner wishes to claim that an evidentiary ruling at a state court trial denied him [or her] the <u>due process of law guaranteed by the Fourteenth Amendment</u>, he [or she] must say so, not only in federal court, but in state court." *Id.* at 366 (emphasis added).

Petitioner fails to clearly allege that he raised each of his claims in the California Supreme Court. Although Petitioner alleges he was denied habeas relief in the California Supreme Court, it is impossible to discern from his voluminous and unorganized petition, whether the claims he raises here were raised before the state supreme court.[1] If Petitioner has raised his claims in the California Supreme Court he must so specify, as to each claim. "The burden of proving that a claim has been exhausted lies with the petitioner." *Matthews v. Evatt*, 105 F.3d 907, 911 (4th

---

[1] The Court notes that previous petitions for habeas corpus filed in this Court by Petitioner were dismissed pursuant to the abstention doctrine of <u>Younger v. Harris</u>, 401 U.S. 37 (1971). See <u>Burton v. Clark</u>, 06cv2336 LAB (NLS) (Order filed Oct. 10, 2006) (doc. no. 3); <u>Burton v. Hernandez</u>, 06cv1384 L (JMA) (Order filed May 15, 2007) (doc. no. 5).

-2-

08cv0325

1  Cir. 1997); *see Breard v. Pruett*, 134 F.3d 615, 619 (4th Cir. 1998); *Lambert v. Blackwell*, 134
2  F.3d 506, 513 (3d Cir. 1997); *Oyler v. Allenbrand*, 23 F.3d 292, 300 (10th Cir. 1994); *Rust v.*
3  *Zent*, 17 F.3d 155, 160 (6th Cir. 1994).

   Further, the Court cautions Petitioner that under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) a one-year period of limitation shall apply to a petition for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of:

> (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
>
> (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
>
> (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>
> (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

28 U.S.C.A. § 2244(d)(1)(A)-(D) (West Supp. 2002).

The statute of limitations does not run while a properly filed <u>state</u> habeas corpus petition is pending. 28 U.S.C. § 2244(d)(2); *see Nino v. Galaza*, 183 F.3d 1003, 1006 (9th Cir. 1999). *But see Artuz v. Bennett*, 531 U.S. 4, 8 (2000) (holding that "an application is 'properly filed' when its delivery and acceptance [by the appropriate court officer for placement into the record] are in compliance with the applicable laws and rules governing filings."). However, absent some other basis for tolling, the statute of limitations does run while a <u>federal</u> habeas petition is pending. *Duncan v. Walker*, 533 U.S. 167, 181-82 (2001).

Rule 4 of the Rules Governing Section 2254 Cases provides for summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court . . . ." Rule 4, 28 U.S.C. foll.

///

§ 2254. Here, it appears plain from the Petition that Petitioner is not presently entitled to federal habeas relief because he has not alleged exhaustion of state court remedies.

## CONCLUSION

For the foregoing reasons, the application to proceed in forma pauperis is **GRANTED** and the Petition is **DISMISSED** without prejudice for failure to use the proper form and failure to allege exhaustion of state court remedies. In order to have this case reopened, Petition must, **no later than June 16, 2008**, file a First Amended Petition, on the proper form, in which he includes a succinct and clear explanation of his claims and alleges exhaustion of state judicial remedies as to each claim he has raised before the California Supreme Court. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank First Amended Petition form.*

**IT IS SO ORDERED.**

DATED: April 17, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals                               **Date:** 05/5/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: Eric Wilton Burton v. Director

U.S.D.C. No.: 08cv325 LAB (POR)          U.S.D.C. Judge: Larry Alan Burns

Complaint/Indictment/Petition Filed: Petition for Writ of Habeas Corpus

Appealed Order Entered: 4/18/2008

Notice of Appeal Filed: 5/2/2008

Court Reporter: n/a

COA Status: ☐ Granted in full/part (appeal only)     ☐ Denied (send clerk's file)

## Docket Fee Notification
Docket Fee:   ☐ Paid        ☐ Not Paid        [x] No Fee Required

USA/GOVT. APPEAL:   ☐ Yes    [x] No

Date F/P granted (Show Date and Attach Copy of Order): 4/18/2008

Was F/P Status Revoked?   ☐ Yes    [x] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information
**Appellant Counsel:**

Eric Wilton Burton
F-02720

California State Prison, Corcoran
PO Box 8800
Corcoran, CA 93212

**Appellee Counsel:**

Attorney General
Office of the Attorney General, State of CA

110 West A Street
Suite 1100
San Diego, CA 92101-5266

(619) 645-2076

Counsel Status:   ☐ Retained        ☐ Appointed        [x] Pro Se
Appointed by: _____
(Attach copy of order/minutes)

## Defendant Information
Prisoner ID Number: F-02720

Bail: _____
Custody:   x _____

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| x | F/P Order   (In Order Entered 4/18/2008) |
| | Minute Order |
| x | Other: Order Dismissing Petition without Prejudice entered 4/18/2008 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

**L. Hammer**

Lauren Hammer

Deputy's Name                                                     Deputy's Signature

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   **USCA No:**
      **USDC No:**   08cv325 LAB (POR)
      **Burton v. Director**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| | Case Information/Docket Fee Payment Notification Form | | |
| | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
| | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
| | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
| | Judgement Order | x | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| x | Order Dismissing Petition without Prejudice entered 4/18/2008 | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: **L. Hammer**
Lauren Hammer, **Deputy**

Date:   05/5/08