MR. E. W. BURTON #F02720
P.O. BOX 5246 - CSATF/SP-C1-119L
CORCORAN, CA. 93212 IMPROPER

FILED
MAY 2 – 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  PRISONER'S NAME/NUMBER
   Prisoner's Address
2
   Petitioner, in propria persona
3

4

5                    UNITED STATES DISTRICT COURT

6              SOUTHERN    DISTRICT OF CALIFORNIA

7  ERIC W. BURTON #F02720
8  PRISONER'S NAME,              )   No. 08 CV 325
9       Petitioner,              )
                                 )   APPLICATION FOR CERTIFICATE OF
10 v. DIRECTOR C.D.C.R.          )   APPEALABILITY FROM DISTRICT
                                 )   COURT
11 ~~WARDEN'S NAME,~~            )
                                 )   (Rule 22(b), FRAP; 28 USC § 2253) PURSUANT TO
12      Respondent.              )   WILLIAMS V. TAYLOR [120 S.CT. 1479];
                                 )   SCHLUP V. DELO (1995) 513 U.S. 298 [115 S.CT.
13                                   851; 130 L.Ed.2d 808].

14 TO: HON. JUDGE BURNS, U.S. District Judge.

15

16                          INTRODUCTION

17       Pursuant to 28 USC § 2253, Rule 22 FRAP, and Ninth Circuit Rule 22-1, Petitioner

18 PRISONER'S NAME (hereafter "Petitioner") hereby requests that the District Court issue a

19 Certificate of Appealability (COA), permitting Petitioner to appeal from the judgment entered by

20 the court on 2-25-08 (date of Judgment), dismissing with prejudice the petition for writ of habeas

21 corpus in the above-entitled matter. Concurrently with this Application, Petitioner has filed a

22 timely Notice of Appeal.

23         ISSUES ON WHICH CERTIFICATE OF APPEAL IS SOUGHT

24

25 1. EACH GROUND AND CONTENTION ALLEGED IN FEDERAL H.C. PETITION (CONSTITUTIONAL CLAIM)
   2. INCORRECT PROCEDURAL FACT FINDING OF DISTRICT COURT.
26 ARGUMENT- REASONABLE JURIST WOULD FIND IT DEBATABLE WHETHER
27 THE PETITION STATES A VALID CLAIM OF DENIAL OF A CONSTITUTIONAL
28 RIGHT. REASONABLE JURIST WOULD FIND IT DEBATABLE WHETHER THE
   DISTRICT COURT WAS CORRECT IN IT'S PROCEDURAL RULING.

                                    4

MR ERIC WILTON BURTON #F02720
P.O. BOX 5246-C SATF/SP CI-119C
CORCORAN, CA. 93212
IN PRO PER

## VERIFICATION

1  
2   I am the petitioner in this action. All facts alleged
3  in the above document, not otherwise supported by citations
4  to the record, exhibits or other documents, are true of my
5  own personal knowledge.
6    I declare, under the penalty of perjury, that the
7  above is true and correct and that this declaration was
8  executed on the __27__ day of __APRIL__, __2008__.
9  at ~~Vacaville, California~~ Eric EWB P.O. BOX 5246-
   CSATF/SP CI-119C, CORCORAN, CA. 93212     Eric Wilton Burton #F02720
10                    Petitioner/Declarant
11          ERIC WILTON BURTON #F02720
12
13
...
28

APR-23-2008 14:59  E LIBRARY  P.06  TOTAL P.06