# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 MAY -5 PM 2:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Burns
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 4/30/2008
CASE NO.: 08cv0325 LAB (POR)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Burton v. Director
DOCUMENT ENTITLED: Motion for Stay & Abeyance

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** |

Date forwarded: 5/1/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED: 4/18/08 Order instructed petitioner to re-open the case by filing a First Amended Petition no later than 6/16/08.

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS U.S. DISTRICT JUDGE**

Dated: 5-5-08   By: [signature] Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

ERIC WILTON BURTON #F02720
P.O. BOX 5246 - CSATF/SP - C1-119L
CORAN, CA. 93212

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

**REJECTED**

DATE 4/26/08

| | |
|---|---|
| ERIC WILTON BURTON #F02720, | CIVIL NO. 08-0325 LAB (POR) / 1:08 CV |
| PETITIONER | 000190 OWW WMW HC (FILED 2-06-08 |
| V. | NOTICE OF MOTION AND MOTION FOR |
| DIRECTOR, OF THE CALIFORNIA | STAY AND ABEYANCE PURSUANT TO, |
| DEPARTMENT OF CORRECTIONS | 28 U.S.C. § 2254, KELLY V. SMALL (9TH |
| AND REHABILITATION, | CIR. 2003) 31 F.3d 1063; LA GRAND V. |
| RESPONDENT | STEWART (9TH CIR. 1998) 133 F.3d 1253; |

SLACK V. MCDANIEL (2000) 529 U.S. 473; PICARD V. CONNER (1971) 404 U.S. 270, 275, 277-278; DUNCAN V. HENRY 513 U.S. 364, BASED ON MEMORANDUM AS SOON AS THE MATTER MAY BE HEARD AND POINTS OF AUTHORITY.

NOW COMES THE PETITIONER ERIC WILTON BURTON #F02720, AN UNCONSTITUTIONALLY INCARCERATED STATE INDIGENT PRISONER. NOTICE IS HEREBY GIVEN TO THE ABOVE MENTIONED HONORABLE DISTRICT COURT AND THE DIRECTOR OF C.D.C.R, AND THE STATE ATTORNEY GENERAL, STATEMENT OF FACTS - TODAY 4-25-08 PETITIONER RECEIVED AN ORDER GRANTING HIM TO PROCEED IN FORMA PAUPERIS AND DISMISSING PETITION WITHOUT PREJUDICE, BY THE HONORABLE DISTRICT COURT JUDGE LARRY ALAN BURNS, CLAIMING THAT THE PETITIONER FAILED TO USE THE COURT APPROVED PROPER FORM. PETITIONER DISAGREES, AND ASSERTS THE DISTRICT COURT (SOUTHERN) IS IN ERROR. PETITIONER USED THE PROPER FEDERAL H.C. FORM AS SENT TO HIM BY THE EASTERN DISTRICT COURT CLERK, AND HE PROPERLY FILED HIS FEDERAL H.C. PETITION ON 2-06-08 IN THE EASTERN CALIFORNIA DISTRICT, THE CORRECT JURISDICTION WHERE PETITIONER IS INCARCERATED. PETITIONER RECEIVED THE FEDERAL H.C. FORM FROM THE PRISON LAW LIBRARY.

(1)

MR. E. W. BURTON #F02720
P.O. BOX 5246-CSATF/SP-C1-119L
CORAN, CA. 93212
IN PROPER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN CALIFORNIA DISTRICT, S.D., CA.

**ATTACHMENT OF MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF MOTION FOR STAY AND ABEYANCE**

REJECTED

DATE 4-20-08

CASE NO: 08-0325 LAB (POR)
1:08 CV 00190 OWW WMW N.H.C.
FILED 2-06-08 PAGES 1-10

1

P.O. BOX 5246 (4B-105) / CORCORAN, CA. 93212 / IN PROPER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN CALIFORNIA DISTRICT
SAN DIEGO CA.

CASE NO: 3:08-CV-00325-LAB-POR

**REJECTED**

# EXHIBIT COVER PAGE  [ A ]

EXHIBIT

Description of this Exhibit: ORIGINAL FILED FEDERAL HABEAS CORPUS PETITION: 1:08CV00090 OWW WMH HC FILED 2-06-2006

Number of pages to this Exhibit: 6 pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury