# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 MAY -5 PM 2:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Burns
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 4/30/2008   BY: RM DEPUTY
CASE NO.: 08cv0325 LAB (POR)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Burton v. Director
DOCUMENT ENTITLED: Ex Parte Motion for Appointment of Counsel

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Case closed.** |

Date forwarded: 5/1/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED: 4/18/08 Order instructed petitioner to re-open case by filing a First Amended Petition no later than 6/16/08.

☐ The document is to be filed nunc pro tunc to date received.
☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
**U.S. DISTRICT JUDGE**

Dated: 5-5-08   By: [signature] Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

MR ERIC WILTON BURTON #F02720
P.O. BOX 5246-CSATF/SP-C1-119L
CORCORAN, CA. 93212
IN PRO PER

**REJECTED**

CDC # F02720    4-26-08
In Pro Per       CASE NO: 08-0325 LAB (POR)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN CALIFORNIA DISTRICT.

~~CALIFORNIA SUPERIOR COURT~~ Erroneous

IN AND FOR THE COUNTY OF SAN DIEGO CA.

ERIC WILTON BURTON #F02720

Petitioner/Plaintiff

vs. DIRECTOR, C.D.C.R.
REPRESENTED BY THE STATE
ATTORNEY GENERAL

Defendant/Respondent.

CASE No.

EX-PARTE MOTION FOR APPOINTMENT OF COUNSEL, AND/OR OTHER ALTERNATIVE RELIEF, DECLARATION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.

TO: THE PRESIDING JUDGE OF THE ABOVE ENTITLED COURT:

COMES NOW: ERIC WILTON BURTON, ~~Defendant~~ in the above
(Your Name)
styled cause of action, acting in propria persona herein for the limited purposes stated below, and respectfully moves this Honorable Court for an order appointing counsel to represent him in any and all further proceedings against him that may affect his present or future economic interests, or in the alternative, order his personal appearance at all such future hearings, including law and motion, pretrial or grant him a continuance to prepare and trial, or grant him a continuance to prepare or otherwise seek such counsel, or abate or otherwise defer trial of the action against him until he should possibly secure counsel or be released from custody.