# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

**FILED**

2008 MAY -5 PM 2:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TO: ☑ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk     RECEIVED DATE: 4/28/2008
CASE NO.: 08cv0325 L (POR)     DOCUMENT FILED BY: Petitioner
CASE TITLE: Burton v. Director
DOCUMENT ENTITLED: Notice and Request for (Motion) Ruling...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Case closed.** |

Date forwarded: 4/29/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED: 4/18/08 Order instructed Petitioner to re-open the case by filing a First Amended Petition no later than 6/16/08.

☐ The document is to be filed nunc pro tunc to date received:
☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
**U.S. DISTRICT JUDGE**
By: _____

Dated: 5-5-08
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

MR. ERIC WILTON BURTON #F02720
P.O. BOX 3246 CSATF/PA CF-IIIC
CORCORAN, CA. 93212
IN PRO PER.

**REJECTED**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN CALIFORNIA DISTRICT (SAN DIEGO)

| | |
|---|---|
| IN re, ERIC WILTON BURTON | CASE NO: 3:08-CV-00325-LAB-POR |
| ON FEDERAL HABEAS CORPUS, | DATE - 4-24-08 |
| PETITIONER | "NOTICE AND REQUEST FOR (MOTION) |
| VS. | RULING" PURSUANT TO 28 USC § 2254, |
| DIRECTOR, CALIFORNIA DEPARTMENT | REQUEST FOR EVIDENTIARY |
| OF CORRECTIONS AND REHABILITATION, | HEARING, REQUEST FOR |
| RESPONDENT, REPRESENTED BY | COURT TO GIVE NOTICE |
| ATTORNEY GENERAL, STATE OF | TO ALL PARTIES INVOLVED |
| CALIFORNIA, OFFICE OF THE | OF THE INSTANT MATTER |
| ATTORNEY GENERAL, 110 WEST | BASED ON MEMORANDUM AND |
| A STREET, SUITE 1100 SAN DIEGO, | POINTS OF AUTHORITY |
| CA. 92101-5266 | |

NOTICE IS HEREBY GIVEN; TO THE ABOVE MENTIONED HONORABLE DISTRICT COURT OF THE UNITED STATES, THE ATTORNEY GENERAL, AND THE DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. THE PETITIONER A PROPER INDIGENT UNCONSTITUTIONALLY INCARCERATED PRISONER, NAMELY, ERIC WILTON BURTON #F02720, MOVES THIS HONORABLE COURT AS SOON AS THE MATTER MAY BE HEARD TO RULE ON HIS TIMELY AND PROPERLY FILED PETITION FOR WRIT OF FEDERAL HABEAS CORPUS, INCLUDING HIS FILED MOTION TO PROCEED IN FORMA PAUPERIS, AS WELL AS HIS MOTION FOR THE APPOINTMENT FOR THE ASSISTANCE OF COUNSEL AS NEEDED FOR APPREHENSION OF DISCOVERY AND OTHER PERTAINENT FUNCTIONS