# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILTON BURTON,<br><br>　　　　　　　　　Petitioner,<br>　vs.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　　　　　Respondent. | CASE NO. 08CV0325-LAB (POR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>[Dkt No. 6] |

By Order entered April 18, 2008, this court granted petitioner's application to proceed *in forma pauperis* with his 28 U.S.C. § 2254 habeas petition, but dismissed the petition without prejudice for the reasons explained in the Order. Dkt No. 4. That Order instructed petitioner he could reopen the case by filing a First Amended Petition no later than June 16, 2008, correcting the identified deficiencies in his original Petition. Petitioner now applies to this court for a Certificate of Appealability, alluding to a nonexistent February 25, 2008 Judgment in this case he mistakenly characterizes as "dismissing with prejudice the petition for writ of habeas corpus." Dkt No. 6. The merits of his claims have not been addressed in this court. The grounds for the Application are without merit, as the dismissal was *without* prejudice and because he has been granted leave to amend his petition and reopen this case. Accordingly, the Application is **DENIED**.

　　**IT IS SO ORDERED**.

DATED: May 6, 2008

　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　HONORABLE LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　　United States District Judge