UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ERIC WILTON BURTON, | Civil No.   08cv0325-LAB (POR) |
|---|---|
| Petitioner, | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | **[Doc. Nos. 3 and 7]** |
| DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

On February 19, 2008, this case was transferred from the Eastern District of California to the Southern District of California. Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis and a motion for appointment of counsel. Petitioner filed a second motion for appointment of counsel on May 2, 2008.

On April 18, 2008 the Honorable Larry Alan Burns granted Petitioner's application to proceed in forma pauperis. However, in the same order, Judge Burns dismissed the petition without prejudice for failure to use the proper form and failure to allege exhaustion of state court remedies. According to the court's order, Petitioner must file a First Amended Petition no later than June 16, 2008 in order to reopen this case. To date, he has not filed a First Amended Petition and the case remains closed. Based thereon, Petitioner's motion for appointment of counsel is DENIED AS MOOT, WITHOUT PREJUDICE to Petitioner filing a third motion for appointment of counsel at a later time, when and if the case is reopened.

The Court's review of the docket shows Petitioner has either filed or wishes to file an appeal of Judge Burns' April 18th ruling. If Petitioner seeks appointment of legal representation for his appeal, Petitioner should bring his motion for appointment of counsel before the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

DATED: May 13, 2008

_Louisa Porter_
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Larry Alan Burns
       all parties