UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 MAY 14 PM 2:54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk       RECEIVED DATE: 5/7/2008
CASE NO.: 08cv0325 L (POR)     DOCUMENT FILED BY: Petitioner
CASE TITLE: Burton v. Director
DOCUMENT ENTITLED: Motion for Permission to Appeal in Forma Pauperis

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** A certificate of appealability was denied; an appeal may not be taken in forma pauperis if the trial court certifies it is not taken in good faith. 28 USC § 1915(a)(3) |

Date forwarded: 5/7/2008

ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED: Petitioner is admonished again he has until 6/16/08 to reopen this case.

☐ The document is to be filed nunc pro tunc to date received.
☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
**U.S. DISTRICT JUDGE**

Dated: 5-13-08
By: [signature] Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

MR. ERIC W. BURTON #F02720
P.O. BOX 5208
CORORAN, CA. 93212
   IN PRO PRO

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN CALIFORNIA DISTRICT**
**COUNTY OF SAN DIEGO, CA.**

**REJECTED**

IN re ERIC W. BURTON #F02720
ON FEDERAL HABEAS CORPUS,
  PETITIONER
V, DIRECTOR, FOR THE CALIFORNIA
DEPARTMENT OF CORRECTIONS AND
REHABILITATION,
  RESPONDENT.

CIVIL NO. 08-0325 LAB (POR)
DATE 5-03-08
NOTICE OF MOTION AND MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a); 28 U.S.C. § 2253(c); SLACK V. McDANIEL (2000) 120 S.CT. 1597; Houston V. Lack (1988) 108 S.CT. 2379; RULE 4(b)(1) 28 U.S.C. § 1746 REQUEST FOR EVIDENTIARY HEARING, AND FOR DISTRICT COURT TO GIVE NOTICE TO ALL PARTIES INVOLVED IN THIS INSTANT MATTER.

NOW COMES THE PETITIONER, ERIC W. BURTON #F02720 AN INDIGENT STATE PRISONER. NOTICE IS HEREBY GIVEN, TO THE ABOVE LISTED COURT, THE DIRECTOR OF C.D.C.R., THE ATTORNEY GENERAL, AND ALL PARTIES INVOLVED IN THE INSTANT MATTER.

**STATEMENT OF CASE AND FACTS:**

ON OR ABOUT 29 APRIL 08, FOLLOWING A FILED MOTION FOR A STAY AND ABEYANCE, PETITIONER FILED AN NOTICE OF APPEAL AND AN APPLICATION FOR ISSUE OF A CERTIFICATE OF APPEALABILITY (COA) IN THE SOUTHERN DISTRICT COURT OF CALIFORNIA, TIMELY AND IN THE CORRECT JURISDICTION OF HIS UNCONSTITUTIONAL CONVICTION AND SENTENCING. THE PETITIONER IS APPEALING THE HON. JUDGE LARRY ALAN BURNS INCORRECT PROCEDURAL RULING DISMISSING PETITIONERS PROPERLY FILED EXHAUSTED PETITION FOR FEDERAL H.C. RELIEF. AS REASONABLE JURIST WOULD DEBATE WHETHER HIS TIMELY PROPERLY FILED PETITION ON HIS ALLEGED GROUNDS, CONTENTIONS, ISSUES, MEMORANDUM OF POINTS AND AUTHORITIES, ATTACHMENT OF ADDITIONAL GROUNDS, AND CONTENTIONS, REFERENCED REPORTERS TRANSCRIPTS EXCERPTS, STATE A DENIAL OF CONSTITUTIONAL CLAIMS, AND REASONABLE JURIST WOULD DEBATE WHETHER THE DISTRICT COURTS PROCEDURAL RULING TO DISMISS THE PETITION WAS FACTUALLY CORRECT.