# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 MAY 14  PM 2: 53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

TO:  ☑ U. S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE

FROM:  __R. Mullin,__  Deputy Clerk          RECEIVED DATE:  5/7/2008

CASE NO.:  __08cv0325 L (POR)__    DOCUMENT FILED BY:  Petitioner

CASE TITLE:  __Burton v. Director__

DOCUMENT ENTITLED:  __Request of the Composition of Record for Appeal...__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** |

Date forwarded:  __5/7/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

☒ IT IS HEREBY ORDERED:  *Petitioner is admonished again he has*
The document is to be filed nunc pro tunc to date received. *until 6/16/08 to reopen this case. No judgment*

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a *has been entered.* copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

**LARRY ALAN BURNS**
**U.S. DISTRICT JUDGE**

CHAMBERS OF: _____

Dated:  __5-13-08__          By: _Chris, Law Clerk_
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]