MR. ERIC W. BURTON #F02720
P.O. BOX 3481 C-SATF-SP CP9-241
CORCORAN, CA. 93212
IN PRO PER

IN THE UNITED STATES DISTRICT COURT

SOUTHERN CALIFORNIA DISTRICT

FILED 2008 MAY 14 PM 2:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED NUNC PRO TUNC MAY -7 2008

In re ERIC W. BURTON #F02720
ON FEDERAL HABEAS CORPUS,
PETITIONER,

V.

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION,
RESPONDENT

CIVIL CASE NO: 08-0325 LAB (POR)
BY _____ DEPUTY

DATE 5-02-08

NOTICE AND REQUEST OF THE COMPOSITION OF RECORD FOR APPEAL PURSUANT TO ERAP10, CRIMINAL JUSTICE ACT; RULE 4(a)(4)(A)(B); 28 U.S.C § 2253(c); MILES V. PRUNTY (9TH CIR. 1999) 187 F.3d 1104; HOUSTON V. LACK (1988) 108 S.CT. 2379.

REQUEST FOR COURT TO GIVE NOTICE TO ALL PARTIES INVOLVED OF THE INSTANT MATTER.

NOW COMES THE PETITIONER ERIC W. BURTON #F02720, NOTICE IS HEREBY GIVEN TO, THE ABOVE COURT, THE DIRECTOR OF C.D.C.R., THE ATTORNEY GENERAL, AND ALL OTHER PARTIES INVOLVED IN THE INSTANT MATTER, THE PETITIONER AN INDIGENT STATE PRISONER, MAKES THIS TIMELY REQUEST IN THE CORRECT JURISDICTION OF THE SOUTHERN DISTRICT CALIFORNIA COURT OF THE U.S. DISTRICT COURT, AT THE GOVERNMENTS EXPENSE THE FOLLOWING ITEMS THAT CONSTITUTE THE RECORD ON APPEAL:
(1) THE ORIGINAL PAPERS AND EXHIBITS FILED BY THE PETITIONER THAT WAS TRANSFERRED TO THE SOUTHERN DISTRICT COURT FROM THE EASTERN CALIFORNIA DISTRICT COURT ON OR ABOUT 2-19-08, INCLUDING PETITIONERS PROPER FORM FOR PETITION OF FEDERAL HABEAS CORPUS, (2) THE TRANSCRIPT OF PROCEEDINGS, IF ANY, AND (3) A CERTIFIED COPY OF THE DOCKET ENTRIES PREPARED BY THE DISTRICT COURT CLERK. EXHIBITS A-G, CONTAIN ALL PERTINENT AND RELEVANT R.T. EXCERPTS, NO TRANSCRIPT FROM TRIAL COURT WILL BE ORDERED FOR APPEAL, UNNECESSARY.
I DECLARE THAT UNDER THE PENALTY OF PERJURY THAT THE ABOVE AFOREMENTIONED STATEMENTS ARE TRUE AND CORRECT BY THE LAWS OF THE UNITED STATES, SIGNED: Eric W. Burton #F02720
DATED 5-02-08                    ERIC W. BURTON

MR. ERIC WILTON BURTON #F02720 IN PROPER
P.O. BOX 5246-CSATF/SP-C1-119L
CORCORAN, CA. 93212

UNITED STATES DISTRICT COURT
SOUTHERN ~~EASTERN~~ DISTRICT OF CALIFORNIA

ERIC W. BURTON #F02720,
PETITIONER

v.

DIRECTOR, C.D.C.R
RESPONDENT

Case Number: CIVIL NO. 08-0325 (LAB)(POR)

PROOF OF SERVICE

I hereby certify that on  5-04-08 , I served a copy (2 PAGES) of the attached MOTION TO PROCEED INFORMA PAUPERIS" + ORDER INCORRECTLY DENYING/DISMISSING FED. H.C. PETITION, WITHOUT PREJUDICE, AND GRANTING PERMISSION TO PROCEED IN FORMA PAUPERIS. 4-PAGES. REQUEST FOR COMPOSITION OF RECORD FOR APPEAL IN THE 9TH CIRCUIT. by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

P.O. BOX 5246-CSATF/SP-C1-119L, CORCORAN, CA, 93212

REQUEST COURT GIVE NOTICE TO ALL PARTIES OF THE INSTANT MATTER

(List Name and Address of Each Defendant or Attorney Served)
DIRECTOR, C.D.C.R,
ATTORNEY GENERAL OF CALIFORNIA

I declare under penalty of perjury that the foregoing is true and correct.

_Eric W. Burton #F02720_
(Signature of Person Completing Service)
ERIC W. BURTON #F02720