MR. ERIC W. BURTON #F02720
P.O. BOX 5246-CSATF/SP-CI-119L
CORCORAN, CA. 93212
IN PRO PER

**UNITED STATES DISTRICT COURT**

FOR THE ___SOUTHERN___ DISTRICT OF ___CALIFORNIA___

Transcript Designation and Ordering Form

FILED MAY 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S. Court of Appeals Case No. _____     U.S. District Court Case No. 3:08-CV-325/815 2584/SCE 238643

Short Case Title ERIC W. BURTON #F02720, PETITIONER V. DIRECTOR FOR THE [CDCR], Defendant (in Criminal Cases)
(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court  5-02-08

TRANSCRIPTS UNNECESSARY, PETITIONER STIPULATES TO RT EXCERPTS/EXHIBITS AS SUBMITTED WITH FEDERAL H.C. PETITION

**SECTION A** — To be completed by party ordering transcript
RT EXCERPTS IN EXHIBITS - A-G TO BE REFERENCED ON APPEAL,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
Eric W. Burton #F02720

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

(✓) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Type or Print Name _____

Signature of Attorney  Eric W. Burton #F02720 IN PRO PER    Phone Number _____

Address: CSATF/SP-P.O. BOX 5246-CI-119L, CORCORAN, CA. 93212

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-039 (REV. 11/96)

COPY 1