MR. ERIC W. BURTON #F02720
P.O. BOX 5242-C5P-1/SHU-1M1
CORCORAN, CA. 93212
IN PRO PER

**NUNC PRO TUNC**
**MAY 1 6 2008**

**FILED**
2008 MAY 27 PM 3:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re ERIC W. BURTON #F02720 | CASE NO: 3:08-CV-0'0325 LAB (POR) |
| ON FEDERAL HABEAS CORPUS, | DATE 5-13-08 |
| PETITIONER | NOTICE OF MOTION AND MOTION TO; |
| VS. | RESERVE AN OBJECTION TO, IN |
| DIRECTOR OF THE CALIFORNIA | THE EVENT OF, THE UNNECESSARY USE OF DECLARATIONS, |
| DEPARTMENT OF CORRECTIONS | AND/OR REPORTER'S TRANSCRIPTS, AS |
| AND REHABILITATION, | THEY ARE UNNECESSARY TO |
| RESPONDENT | RESOLVE THE ISSUES IN |
| | THE MATTER OF ANY |
| | PROCEEDING, APPEAL OR |
| | OTHERWISE, PURSUANT TO; |
| | CIRCUIT RULE 30-1.2, FRAP 30(2) REQUEST FOR COURT |
| | TO GIVE TIMELY NOTICE TO |
| | ALL PARTIES INVOLVED IN |
| | THE INSTANT MATTER. |

NOTICE IS HEREBY GIVEN; THE PETITIONER/APPELLANT ERIC W. BURTON #F02720 AN UNCONSTITUTIONALLY INCARCERATED INDIGENT STATE PRISONER; AS SOON AS THE MATTER MAY BE HEARD RESERVES AN OBJECTION AGAINST APPELLEE FOR ANY INTENDED USE OF ANY DECLARATIONS, REPORTER'S TRANSCRIPTS, AS BEING UNNECESSARY TO THE RESOLUTION OF ISSUES OF PETITIONER'S HABEAS CORPUS PETITION OR APPEAL THEREFROM, PETITIONER STIPULATES TO THE PETITION IT'S SELF, AND INCORPORATES ALL GROUNDS, CONTENTIONS, FACTS, AND ISSUES ALLEGED IN PETITION AND STIPULATES TO THE R.T. EXCERPTS FILED AS ACCOMPANIED AND ATTACHED, AND REFERENCED THEREBY AS BEING SUFFICE TO RESOLVE ANY ISSUE AT PRESENT TIME, THE POWERS OF THE DISTRICT COURT ARE BROAD AND VAST, AND HAS THE JURISDICTION TO GRANT THIS TIMELY RESERVED MOTION IN THE LIKELY EVENT OF APPELEE'S ADVERSE ACTIONS OR MOTIONS FILED THEREOF AND THEREFROM. I DECLARE UNDER THE LAWS OF PENALTY OF PERJURY AS GOVERNED BY THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.
SIGNED, Eric W. Burton #F02720
ERIC W. BURTON    DATED 5-13-08

MR. E.W. BURTON #F02720
P.O. BOX 5246
CORCORAN, CA. 93212
IN PROPER

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, ~~[redacted]~~ Eric W. Burton, declare I am over 18 years of age and a party to this action. I am a resident of ~~High Desert State Prison in the County~~ CSATF/SP-C1-119 Corcoran, ~~of Lassen~~, State of California. My prison address is: P O BOX 3030 SUSANVILLE, CA 96127 93212

On 13 MAY 08 VIA PRISON LEGAL MAIL SYSTEM I served the attached: RESERVED MOTION OF OBJECTION IN THE EVENT OF THE APPELLEE'S (ATTORNEY GENERAL'S) ATTEMPT TO USE UNECESSARY REPORT'S TRANSCRIPT.

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows: UNITED STATES DISTRICT COURT SOUTHERN CALIFORNIA DISTRICT

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 5-13-08
(Date)

(Declarant's Signature) Eric W. Burton #F02720
ERIC W. BURTON