

**FILED**

JUL - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SATF /   Eric Wilton Burton E-02720
California State Prison Corcoran
P.O. Box 5246
Corcoran, CA 93212

PURSUANT TO 28 USC §1746

CASE NO. 3:08CV00325 LAB-POR

BURTON V. DIRECTOR C.D.CR,

7-01-08

-------------------------------------------

DEAR CLERK OF U.S. DISTRICT COURT SO. CAL. DISTRICT,
MY CORRECT MAILING ADDRESS IS LISTED ABOVE,
MY P.O. BOX IS "5246", NOT "8800". MY MAIL IS BEING
DELIVERED TO ME 10-14 DAYS LATE. I HAVE ALREADY
INFORMED THE CLERK BEFORE OF THIS DISCREPANCY,
PLEASE NOTE. "I'M AT THE CALIFORNIA SUBSTANCE ABUSE
AND TREATMENT FACILITY/STATE PRISON AKA CORCORAN II,
MY MAIL IS BEING MISTAKENLY SENT TO CORCORAN I,
ALL OF MY FILINGS WITH THE COURT LISTS,
   P.O. BOX "5246". SO PLEASE, PLEASE CORRECT THIS,
I HAVE A LIBERTY ISSUE AT STAKE.
I DECLARE THE FORE GOING IS TRUE AND CORRECT
   UNDER PENALTY OF PERJURY

                    SIGNED, Eric W. Burton #E02720
                    ERIC W. BURTON

                    DATED 7-01-08



"LET US DARE TO READ,
THINK, SPEAK..."
John Adams

BAKERSFIELD CA 933

MOJAVE CA

02 JUL 2008   PM 4 L

MR. E.W. BURTON #F02720
P.O. BOX 5246 CSATF/SP C 1-116
CORCORAN, CA 93212

U.S. DISTRICT COURT
SOUTHERN CALIFORNIA DISTRICT
OFFICE OF THE CLERK
880 FRONT STREET/SUITE 4290
SAN DIEGO, CALIFORNIA
9210l-8900

28 USC §1746

321101+8897 C037

**LEGAL MAIL**