MR. E.W. BURTON #F02720
P.O. BOX 5246 C.S.A.T.S.P.
CORCORAN, CA. 93212
IN PROPER —

**NUNC PRO TUNC**
JUN 2 6 2008

**FILED**
2008 JUL 16  AM 8:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE U.S. DISTRICT COURT OF THE U.S.
SOUTHERN CALIFORNIA DISTRICT

In re                S.D. CA. 92101
ERIC W. BURTON ON H.C.            DATE 6-20-08
V. DIRECTOR OF THE C.D.C.R.       TIME — 0830
                                  BY ___ DEPUTY

DEAR CLERK OF COURT     CASE NO - 08-CV-0325 LAB (POR)
  MAY I PLEASE HAVE A COURT
CASE DOCKETT, THAT MY FILED 28 U.S.C. 1746,
FED. EXHAUSTED H.C. PETITION WHICH WAS FILED
VIA PRISON LEGAL MAIL PURSUANT TO HOUSTON V. LACK ___ U.S. ___
WAS PROPERLY AND TIMELY FILED ON 6-15-08, THE
DEADLINE DATE WAS 6-16-08 AND I'M ALSO
REQUESTING A PEREMPTORY WRIT ISSUE ON
THE MERITS, AND A RULING ON MY TIMELY
FILED 6-15-08 MOTION FOR THE APPOINTMENT
OF COUNSEL POSUANT TO MIRANDA V. ARIZONA 384 U.S. 436
— COMPLEX CASE / NEEDED FOR DISCOVERY TOOLS, ___
I DECLARE THAT THE FOREGOING IS TRUE AND
   CORRECT. UNDER THE PENALTIES OF PENALTY
OF PERJURY OF THE U.S.
          SIGNED Eric W. Burton #F02720
              ERIC W. BURTON
    DATED 6-19-08.

MR. E. W. BURTON #F02720
P.O. BOX 5246
CORCORAN CA. 93212
IN PROPER

IN THE US-DISTRICT COURT
(SOUTHERN CA. DISTRICT)

ERIC W. BURTON #F02720
_____
Plaintiff or Petitioner

v. DIRECTOR OF THE C.D.C.A
RESPONDENT
_____
Defendant or Respondent

_____/

Case Number:
28 USC §1746
28 U.S.C. §2403(b)

**PROOF OF SERVICE**

I hereby certify that on 16 JUNE 2008, _____, I served a copy of the attached NOTICE OF APPEAL _____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at P.O. BOX 5246 CSATF/SP-COR, CORCORAN CA 93212

(List Name and Address of Each Defendant or Attorney Served)
DIRECTOR OF THE C.D.C.R. +
STATE ATTORNEY GENERAL
AND REQUEST COURT TO GIVE NOTICE TO ALL PARTIES
INVOLVED IN THIS INSTANT ACTION

I declare under penalty of perjury that the foregoing is true and correct.

6-19-08

Eric Burton #F02720
(Name of Person Completing Service)
ERIC WILTON BURTON