1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10   ERIC WILTON BURTON,                    Civil No.    08cv0325-LAB (POR)

11                             Petitioner,  **ORDER DENYING PETITIONER'S**
                                            **MOTION TO RESERVE AN**
12            v.                            **OBJECTION**

13   DIRECTOR OF CALIFORNIA                 **[Doc. No. 19]**
     DEPARTMENT OF CORRECTIONS AND
14   REHABILITATION,

15                             Respondent.

16          On February 19, 2008, this case was transferred from the Eastern District of California to the

17   Southern District of California.  Petitioner, a state prisoner proceeding *pro se*, filed a Petition for

18   Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

19   pauperis and a motion for appointment of counsel.  On May 27, 2008, Petitioner filed a motion to

20   reserve an objection, nunc pro tunc to May 16, 2008.

21          On April 18, 2008, the Honorable Larry Alan Burns granted Petitioner's application to

22   proceed in forma pauperis.  However, in the same order, Judge Burns dismissed the petition without

23   prejudice for failure to use the proper form and failure to allege exhaustion of state court remedies.

24   According to the court's order, Petitioner must file a First Amended Petition no later than June 16,

25   2008 in order to reopen this case.  Petitioner filed a First Amended Petition on June 20, 2008, nunc

26   pro tunc to June 18, 2008.  The case was reopened on July 3, 2008.

27          In the instant motion, Petitioner seeks to reserve an objection to "the unnecessary use of

28   declarations and/or reporter's transcripts" in the resolution of his petition for writ of habeas corpus

1  and appeal.  With respect to Petitioner's petition for writ of habeas corpus, Civil Local Rule HC.2

2  provides any party the opportunity to "serve and file written objections to the proposed findings and

3  recommendations" of the magistrate judge.  See CivLR HC.2.  Given that the Local Rules already

4  provide Petitioner an opportunity to serve and file objections, Petitioner's request to reserve an

5  objection is moot.

6       As to Petitioner's request to reserve an objection as relates to an appeal, Petitioner should

7  bring his motion before the United States Court of Appeals for the Ninth Circuit.

8       Accordingly, Petitioner's motion to reserve an objection is DENIED.

9       **IT IS SO ORDERED.**

10

11  DATED:  July 15, 2008

12

13       LOUISA S PORTER
     United States Magistrate Judge

14

15  cc:     The Honorable Larry Alan Burns
     all parties

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0325-LAB (POR)