1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | GIL GONZALEZ
Supervising Deputy Attorney General
5 | KELLEY JOHNSON, State Bar No. 216387
Deputy Attorney General
6 |   110 West A Street, Suite 1100
   San Diego, CA 92101
7 |   P.O. Box 85266
   San Diego, CA 92186-5266
8 |   Telephone: (619) 645-3155
   Fax: (619) 645-2581
9 |   Email: Kelley.Johnson@doj.ca.gov

10 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ERIC WILTON BURTON, | 08-0325 LAB (POR) |
|---|---|
| Petitioner, | APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | Judge: Honorable Louisa S. Porter |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Respondent, Director of the California Department of Corrections, by and through counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Kelley Johnson, Deputy Attorney General, respectfully requests that this Court enlarge the time within which Respondent has to file a response to the First Amended Petition for Writ of Habeas Corpus.

/ / /

/ / /

/ / /

1   On June 18, 2008, Burton filed a First Amended Petition. On July 3, 2008, this Court ordered that the case be reopened. This Court also ordered respondent to file a motion to dismiss the First Amended Petition by August 8, 2008, or to file an answer to the petition by August 22, 2008.

   Based on the attached declaration, Respondent respectfully requests that the Court grant a 30-day enlargement of time so that the motion to dismiss the First Amended Petition is due no later than September 8, 2008; and the answer is due no later than September 22, 2008.

   Dated: July 31, 2008

   Respectfully submitted,

   EDMUND G. BROWN JR.
   Attorney General of the State of California

   DANE R. GILLETTE
   Chief Assistant Attorney General

   GARY W. SCHONS
   Senior Assistant Attorney General

   GIL GONZALEZ
   Supervising Deputy Attorney General



   s/ Kelley Johnson
   KELLEY JOHNSON
   Deputy Attorney General
   Attorneys for Respondent

KJ:clh
70132065.wpd
SD2008700616

Application for Enlargement of Time to File Response to the First Amended Petition   Case No. 08-0325 LAB (POR)

# CERTIFICATE OF SERVICE

Case Name:   **Burton v. Dir. of Calif. Dept. of Corrections**
No.: **08-0325 LAB (POR)**

I declare:

On <u>July 31, 2008</u>, I electronically filed the following document(s):

- **APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

- **DECLARATION OF KELLEY JOHNSON IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

And on <u>July 31, 2008</u>, I e-mailed the magistrate judge the following document:

- **ORDER GRANTING ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE


**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Eric Wilton Burton, CDC # F02720
California State Prison Corcoran
P.O. Box 5246
Corcoran, CA 93212


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 31, 2008</u>, at San Diego, California.

C. Herrera
_____                                 _____
Declarant                                                                            Signature