EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
GIL GONZALEZ
Supervising Deputy Attorney General
KELLEY JOHNSON, State Bar No. 216387
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3155
 Fax: (619) 645-2581
 Email: Kelley.Johnson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC WILTON BURTON,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS,**<br><br>　　　　　　　　　　　Respondent. | 08-0325 LAB (POR)<br><br>**DECLARATION OF KELLEY JOHNSON IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Honorable Louisa S. Porter |

　　　On July 3, 2008, this Court ordered Respondent to file a motion to dismiss the First Amended Petition by August 8, 2008, or to file an answer to the First Amended Petition by August 22, 2008.

　　　Since receipt of this Court's July 3, 2008, Order, declarant has been unable to work on a response to the first amended Petition because declarant has been working on other time-limited commitments that were assigned to declarant prior to receipt of the Order. For example, on July 14, 2008, declarant filed the respondent's brief in People v. Lawrie, D050998, which was due that day,

pursuant to rule 8.220(a)(2) of the California Rules of Court. Last week, declarant completed the respondent's brief in People v. Heraz, E043393. Currently, declarant is preparing the respondent's brief in People v. Carpenter, G039688, due on August 27, 2008. On August 5, 2008, declarant must travel to Riverside County to present oral argument in People v. McPeters, E041507.

Additionally, prior to receipt of this Court's June 26, 2008, Order, declarant was assigned to prepare a return to the First Amended Petition in Ricardo M. Gonzalez v. Jeannie Woodford, SA CV 06-0927-FMC (SH). Today, the court granted a 30-day enlargement of time, so that the return is now due on September 3, 2008. Declarant was also assigned to prepare the answering brief in the Ninth Circuit matter of Jabbar Latino Stroud v. G. J. Giurbino, 07-56633, due on October 2, 2008.

Based on the foregoing, declarant respectfully requests that this Court grant a 30-day enlargement of time so that the motion to dismiss the First Amended Petition is due by September 8, 2008; and the answer is due by September 22, 2008.

I declare under penalty of perjury pursuant to the law of the United States that the foregoing is true and correct, on this day, July 30, 2008, at San Diego, California.

s/ Kelley Johnson
KELLEY JOHNSON
Deputy Attorney General
Attorneys for Respondent

KJ:clh
70132082.wpd
SD2008700616

Declaration of Kelley Johnson in Support of Application for Enlargement of Time     Case No. 08-0325 LAB (POR)

2