# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 AUG -5 AM 8:25

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*Clerk's Office File Stamp*

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE Porter
FROM: L. Hammer, Deputy Clerk                  RECEIVED DATE: 7/16/2008
CASE NO.: 08cv325 LAB (POR)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Burton v. Director
DOCUMENT ENTITLED: Notice of Motion to Abate Dismissal

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☒ | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☒ | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☒ |  | OTHER: Petitioner's filing of an opposition to a motion to dismiss is premature since Respondent has not filed a motion to dismiss. If and when Respondent does so, Petitioner may file an opposition in accordance with |

Date forwarded: 7/17/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

the Local rules or court order imposing schedule if one is issued.

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: POR

Dated: 8/1/08              By: C___
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) - [Document Discrepancy/Court Order]

MR. ERIC W. BURTON #F02720
P.O. BOX 5242 C5-117/5-CI 11C
CORCORAN, CA. 93212
IN PRO PER.

REJECTED

IN THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CA.

1. IN RE E.W. BURTON #F02720,   CASE NO. 08-0325 LAB (POR)
2. ON FED. H.C. PETITIONER,      DATE - 07-15-08; TIME 0900
3. V. DIRECTOR OF THE C.D.C.R.,  NOTICE OF MOTION (RESERVED) TO ABATE THE DISMISSAL CONTRA,
4. RESPONDENT                     BY RESPONDENT, PURSUANT TO 28 U.S.C. §2254; 28 U.S.C. §1746; JONES V. BOCK,
5.                                ___ U.S.___, 127 S.Ct. 910 (2007); ARTUZ V.
6.                                BENNETT (2000) 531 U.S. 4, 121 SCT. 361; GONZALEZ
7.                                V. CROSBY (2005) ___ U.S.___, 125 SCT. 2641; F.R.C.P. 60(B)(1)
8.                                SWEET V. CUPP (9TH CIR. 1981) 640 F.2d 233, 236; SCHLUP
9.                                V. DELO (1995) 513 U.S. 298, 115 S.Ct. 851; BENNETT
10.                               V. MUELLER (9TH CIR. 2002) 296 F.3d 752. BASED ON
11. MEMORANDUM OF POINTS & AUTHORITIES, THIS TIMELY FILED MOTION IS RESERVED
12.                               AS AN OPPOSITION TO RESPONDENT IN
13.                               THE LIKELY EVENT OF A MOTION TO DISMISS,
14.                               (e.g., BECAUSE RESPONDENT CONTENDS
15.                               PETITIONER HAS FAILED TO EXHAUST
16.                               ANY STATE REMEDIES AS TO ANY GROUND
17.                               FOR RELIEF ALLEGED IN THE PETITION,
18.                               OR THAT THE PETITION IS BARRED BY
19.                               THE STATUTE OF LIMITATIONS, OR THAT
20.                               THE PETITION IS SUBJECT TO DISMISSAL
21.                               UNDER RULE 9 OF THE RULES GOVERNING
22.                               §2254 CASES, REQUEST THAT COURT
23.                               DETERMINE THE FACTS, REQUEST AN
24.                               EVIDENTIARY HEARING, REQUEST THAT
25.                               THIS TIMELY FILED RESERVED OPPOSITION
26.                               DEEM THIS CASE SUBMITTED. REQUEST FOR
27. LEAVE TO FREELY AMEND THIS MOTION IF NECESSARY; REQUEST COURT TO
28. GIVE NOTICE TO ALL PARTIES INVOLVED IN THE
29.                               INSTANT MATTER, REQUEST FOR THE
30.                               APPOINTMENT OF COUNSEL.
31. NOW COMES TIMELY THE PETITIONER,
32. NOTICE IS HEREBY GIVEN TO ALL PARTIES INVOLVED IN THE INSTANT MATTER,
33. STATEMENT OF FACTS
34. THE PETITIONER ERIC W. BURTON #F02720, A UNCONSTITUTIONALLY

(1)