MR. E. W. BURTON #F02720
P.O. BOX 5246
CORCORAN, CA. 93212
IN PRO PER

NUNC PRO TUNC
JUL 14 2008

FILED
2008 AUG -5 AM 11:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# IN THE U.S. DISTRICT COURT
## SOUTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| IN RE ERIC W. BURTON #F02720 ON FED. H.C., PETITIONER, V. DIRECTOR OF THE CDCR, RESPONDENT | CASE NO. 08-CV-0325 LAB POR DATE 7-10-08 TIME 0900 28 USC §1746, PURSUANT TO; CIRCUIT RULE 30-3, NOTICE AND REQUEST (2nd REQUEST) FOR COPIES OF THE DOCUMENTS TO COMPRISE THE EXCERPT OF RECORD. REQUEST COURT TO GIVE NOTICE TO ALL PARTIES INVOLVED IN THE INSTANT MATTER. |

NOTICE IS HEREBY GIVEN: TO THE ABOVE LISTED COURT AND ALL PARTIES INVOLVED IN THE INSTANT MATTER AS SOON AS THE MATTER MAY BE HEARD THE PETITIONER ERIC W. BURTON #F02720, AN INDIGENT UNCONSTITUTIONALLY INCARCERATED STATE PRISONER, REQUEST OF THE COURT CLERK UNDER CIRCUIT RULE 30-3, TO SEND TO HIM AT THE ABOVE LISTED ADDRESS, THE DOCUMENTS COMPRISING THE EXCERPT OF RECORD, ALTHOUGH 4 VOLUMES ARE LISTED, PETITIONER INITIALLY FILED VIA PRISON LEGAL MAIL TO EASTERN CA. DISTRICT ON OR ABOUT 02-03-08 (6) VOLUMES OF EXCERPTS, A FED. H.C. PETITION, AND MEMEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT THEREOF OF TIMELY FILED FED. H.C. PETITION. PETITIONER NEEDS TO VERIFY THE EXCERPTS COMPRISING THE RECORD, SO THAT HE MIGHT HAVE TO SUPPLEMENT THE RECORD WITH ADDITIONAL EXCERPTS.

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT SIGNED ERIC W. BURTON #F02720

MR. E.W. BURTON #T02720
PO BOX 5246 CSATFSP-C1-119L
CORCORAN CA 93212
SWATOFER

## PROOF OF SERVICE

I, _Eric W. Burton_, CERTIFY AND DECLARE THAT I AM OVER THE AGE OF (18) YEARS, A PARTY TO THE WITHIN ACTION AND A CITIZEN AND OR RESIDENT OF THE UNITED STATES.

CASE NO: 08-CV0325 LAB CPOR

I SERVED THE FOLLOWING DOCUMENT(S), _NOTICE AND REQUEST FOR EXCERPT COMMENCING RECORD_ UPON THE PARTIES LISTED BELOW BY PLACING SEALED ENVELOPES IN THE UNITED STATES MAIL HERE AT _PO BOX 5246 CSATFSP-C1-119L, CORCORAN_, CALIFORNIA AS FOLLOWS:

93212

I, _Eric W. Burton_, SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AND DATED THIS __10__ DAY OF __JULY__, 20 __08__

_Eric W. Burton #T02720_
DECLARANT