UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILTON BURTON,<br><br>            Petitioner,<br><br>      v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>            Respondent. | Civil No.   08cv0325-LAB (POR)<br><br>**ORDER GRANTING PETITIONER'S MOTION REQUESTING COPIES OF PETITION**<br><br>**[Doc. Nos. 16, 31]** |

On August 5, 2008, Petitioner filed a motion requesting copies of his petition and attached exhibits. Petitioner states he currently does not have a copy of his petition or exhibits and needs a copy to review so that he may determine whether he needs to file additional documents in support of his petition.

In an abundance of caution and because Petitioner is proceeding pro se, the Court hereby GRANTS Petitioner's motion and requests that the Clerk's Office mail Petitioner a copy of his petition and attached exhibits.

Further, the Court reiterates Judge Burns' prior order denying Petitioner's motion as

//
//
//
//

1 | construed since there is no "record" to appeal at this time (see also Doc. Nos. 11, 12).

2 |     IT IS SO ORDERED.

3 | DATED: August 22, 2008

<br>

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    all parties
        The Honorable Larry Alan Burns