EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
GIL GONZALEZ
Supervising Deputy Attorney General
KELLEY JOHNSON, State Bar No. 216387
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3155
 Fax: (619) 645-2581
 Email: Kelley.Johnson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC WILTON BURTON,**<br><br>Petitioner,<br><br>v.<br><br>**DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS,**<br><br>Respondent. | **08-0325 LAB (POR)**<br><br>**APPLICATION FOR 14-DAY ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Honorable Louisa S. Porter |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Respondent, Director of the California Department of Corrections, by and through counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Kelley Johnson, Deputy Attorney General, respectfully requests that this Court enlarge the time within which Respondent has to file a response to the First Amended Petition for Writ of Habeas Corpus.

/ / /

/ / /

/ / /

1       On June 18, 2008, Burton filed a First Amended Petition.  On July 3, 2008, this Court

2   ordered that the case be reopened and ordered respondent to file a motion to dismiss the First

3   Amended Petition by August 8, 2008, or to file an answer to the petition by August 22, 2008.  On

4   August 4, 2008, this Court granted Respondent's application for enlargement of time, so that a

5   motion to dismiss, if any, is due by September 8, 2008; and an answer to the petition, if any, is due

6   by September 22, 2008.

7       Based on the attached declaration, Respondent respectfully requests that the Court grant

8   a 14-day enlargement of time so that the motion to dismiss the First Amended Petition is due no later

9   than September 22, 2008; and the answer is due no later than October 6, 2008.

10       Dated:  September 3, 2008

11           Respectfully submitted,

12           EDMUND G. BROWN JR.
        Attorney General of the State of California

13           DANE R. GILLETTE
        Chief Assistant Attorney General

14           GARY W. SCHONS
        Senior Assistant Attorney General

15           GIL GONZALEZ

16           Supervising Deputy Attorney General

17

18

19           s/ Kelley Johnson
        KELLEY JOHNSON

20           Deputy Attorney General
        Attorneys for Respondent

21

22   KJ:clh
   70135443.wpd

23   SD2008700616

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2   Case Name:   **Burton v. Dir. of Calif. Dept. of Corrections**
    No.: **08-0325 LAB (POR)**

3

4   I declare:

5   On September 3, 2008, I electronically filed the following document(s):

6   •   **APPLICATION FOR 14-DAY ENLARGEMENT OF TIME TO FILE A RESPONSE TO
        THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

7

8   •   **DECLARATION OF KELLEY JOHNSON IN SUPPORT OF APPLICATION FOR 14-
        DAY ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE FIRST AMENDED
        PETITION FOR WRIT OF HABEAS CORPUS**

9

    And on Septebmer 3, 2008, I e-mailed the magistrate judge the following document:

10

11  •   **ORDER GRANTING 14-DAY ENLARGEMENT OF TIME TO FILE A RESPONSE TO
        THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

12  **Electronic Mail Notice List**
    I have caused the above-mentioned document(s) to be electronically served on the following

13  person(s), who are currently on the list to receive e-mail notices for this case:

14  NONE

15

16  **Manual Notice List**
    The following are those who are **not** on the list to receive e-mail notices for this case (who therefore
    require manual noticing):

17

18  **Eric Wilton Burton, CDC # F02720**
    **California State Prison Corcoran**
    **P.O. Box 5246**

19  **Corcoran, CA 93212**

20

    I declare under penalty of perjury under the laws of the State of California the foregoing is true and
21  correct and that this declaration was executed on September 3, 2008, at San Diego, California.

22
    _____        _____
23          Declarant                              Signature
            C. Herrera

24

25

26

27

28