E.W. BURTON #F02720
P.O. BOX 5246 - CSATF/SP-CT-119L
CORCORAN, CALIFORNIA 93212
IN PRO PER

IN THE U.S. DISTRICT COURT
SOUTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| IN re ERIC W. BURTON #F02720 | CASE NO: 08-0325 LAB (POR) |
| ON FEDERAL H.C., | DATE 8-15-08 |
| PETITIONER | TIME 0900 |
| VS. | NOTICE AND REQUEST LEAVE |
| DIRECTOR OF THE C.D.C.R., | TO EXTEND THE LIMIT OF |
| RESPONDENT | DENIAL/ANSWER FROM 10 PAGES TO 30 PAGES. PURSUANT TO 28 USC § 1746; 28 USC § 2254; CONLEY v. GIBSON, 355 U.S. 41, 45-46 (1957) REQUEST COURT GIVE NOTICE TO ALL PARTIES OF INSTANT MATTER |

NOW COME THE PETITIONER; ERIC W. BURTON #F02720 NOTICE IS HEREBY GIVEN TO THE ABOVE LISTED COURT HON L. PORTER, RESPONDENT, THE STATE ATTORNEY GENERAL AND ALL PARTIES INVOLVED IN THE INSTANT MATTER, THE PETITIONER UNCONSTITUTIONALLY RESTRAINED OF HIS LIBERTY IN THE CUSTODY OF THE DIRECTOR OF THE C.D.C.R, TIMELY REQUEST OF THIS COURT AS SOON AS THE MATTER MAY BE HEARD TO EXTEND THE PAGE LIMIT OF HIS TO BE DENIAL FROM 10 PAGES TO 30 PAGES, THE EXTENSION IS NECESSARY FOR PURPOSE OF LEGAL ARGUMENTS, EXHIBITS OF DOCUMENTS OF PROOF OF DENIAL OF HIS FEDERALLY GUARANTEED 14TH AMENDMENT DUE PROCESS AND EQUAL PROTECTION RIGHTS TO DISCOVERY DISCLOSURE, AND FOR MEMORANDUM OF LAW IN SUPPORT OF DENIAL, AS IN ANY EVENT PETITIONER STIPULATES

MR. E.W. BURTON #F02720
P.O. BOX 5246-CSATF/SP-C1-119L
CORCORAN, CA. 93212
IN PRO PER.

1. THAT HIS FIRST AMENDED PETITION BE DEEMED TRAVERSE, REINCORPORATING
2. ALL FACTS, GROUNDS, ISSUES, CONTENTIONS, ARGUMENTS, AND THE MEMORANDUM
3. OF POINTS OF AUTHORITIES IN SUPPORT THEREOF, OF HIS STATE
4. EXHAUSTED REMEDIES AS HE RE ALLEGES, AS STATED THEREIN.
5. PETITIONER INTENDS TO TIMELY FILE A DENIAL OF THE EVENT
6. OF RESPONDENTS ANSWER, AND NEEDS THE HONORABLE JUDGE PORTER
7. TO GRANT THIS GOOD CAUSE TIMELY REQUEST TO EXTEND
8. THE 10 PAGE LIMIT OF THE [DENIAL] FROM 10 PAGES, TO 30
9. PAGES, IN THE FAIR ADMINISTRATION OF JUSTICE, AND ACCEPT
10. THE ALREADY LENGTHLY FIRST AMENDED PETITION AS DEEMED
11. TRAVERSE IN ANY EVENT OF RESPONDENTS ANSWER.
12. PRAYER FOR RELIEF —
13. PETITIONER PRAYS OF THIS COURT TO GRANT THE SOUGHT
14. REQUEST, AND FOR THE APPOINTMENT OF COUNSEL IN THIS
15. COMPLEX CASE.
16. VERIFICATION
17. I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER
18. THE GOVERNING U.S. LAWS OF THE PENALTY OF PERJURY.
19. SIGNED. Eric W. Burton #F02720
20. ERIC W. BURTON
21. DATED 8-15-08

Page 6

## CERTIFICATE OF SERVICE

Case Name: ERIC WILTON BURTON v. DIRECTOR OF THE C.D.C.R, RESPONDENT

Case No.: 08-0325 LAB (POR)

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the NOTICE AND REQUEST FOR LEAVE TO EXTEND DENIAL/TRAVERSE TO 30 PAGES, (2 PAGES)
(Name of document you are filing,
i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below.

Eric W. Burton #F02720
**Signature**
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| CLERK OF THE U.S. DISTRICT COURT, SOUTHERN CA. DIST. REQUEST CLERK TO GIVE NOTICE TO ALL PARTIES, RESPONDENT AND ATTORNEY GENERAL OF INSTANT MATTER. | 880 FRONT ST #4290 SD,CA 92101 | 8-15-08 |